B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**District of Nevada** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Davi Skin, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA MW Medical, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**86-0907471** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8383 Wilshire Blvd.**<br>**#204**<br>**Beverly Hills, CA**          ZIP Code **90211** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13             of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                  **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Davi Skin, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>    ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>    ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Davi Skin, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Timothy S. Cory**
_____
Signature of Attorney for Debtor(s)

**Timothy S. Cory 1972**
_____
Printed Name of Attorney for Debtor(s)

**Timothy S. Cory & Associates**
_____
Firm Name

**8831 W. Sahara Ave.**
**Las Vegas, NV 89117**
_____
Address

              **Email: tim.cory@corylaw.us**
**(702) 388-1996  Fax: (702) 382-7903**
_____
Telephone Number

**June 14, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Jan Wallace**
_____
Signature of Authorized Individual

**Jan Wallace**
_____
Printed Name of Authorized Individual

**CEO**
_____
Title of Authorized Individual

**June 14, 2010**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Davi Skin, Inc.**                                    ,     Case No. _____

                                                  Debtor              Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 18,400.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 924,600.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 112 | | 973,509.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 122 | | | |
| | | Total Assets | 18,400.00 | | |
| | | | Total Liabilities | 1,898,109.38 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Davi Skin, Inc.**
_____,    Case No. _____

Debtor

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Davi Skin, Inc.**                                                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

**B6B (Official Form 6B) (12/07)**

In re   **Davi Skin, Inc.**                     ,      Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **City National Bank** | - | **2,900.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **2 paintings** | - | **0.00** |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **2,900.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                                          ,      Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Gilcrest & Soames (will be wired into the bank account in July, 2010) | - | 15,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > | **15,000.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Davi Skin, Inc.**

,                                    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trademark** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Three Apple Computers and one office desk & chair** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Unused boxes** | - | **Unknown** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **500.00** |
| (Total of this page) | |
| Total > | **18,400.00** |

(Report also on Summary of Schedules)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6D (Official Form 6D) (12/07)

In re    **Davi Skin, Inc.**                                                                    ,                    Case No. _____

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Davi Skin, Inc.**                                                      ,    Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Davi Skin, Inc.** , Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Salary | | | | | |
| Claire C. Ambrosio 8383 Wilshire Blvd. Beverly Hills, CA 90211 | | - | | | | | 73,500.00 | 73,500.00 |
| | | | | | | | 73,500.00 | 0.00 |
| Account No. | | | Salary | | | | | |
| Jan Wallace 6929 East Cheyne Dr. Paradise Valley, AZ 85253 | | - | | | | | 627,000.00 | 627,000.00 |
| | | | | | | | 627,000.00 | 0.00 |
| Account No. | | | Salary | | | | | |
| Munkit Johal 42 Rockwood Irvine, CA 92614 | | - | | | | | 222,500.00 | 222,500.00 |
| | | | | | | | 222,500.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| 923,000.00 | 923,000.00 |
| 923,000.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Davi Skin, Inc.**                                            ,          Case No. _____

                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | | |
| **Franchise Tax Board** | - | | | | | | | | 0.00 | |
| | | | | | | | | 1,600.00 | | 1,600.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
| | (Total of this page) | 1,600.00 | 1,600.00 |
| | Total | 923,000.00 | |
| | (Report on Summary of Schedules) | 924,600.00 | 1,600.00 |

B6F (Official Form 6F) (12/07)

In re **Davi Skin, Inc.** _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **A Thorson 551 Main St. #W201 New York, NY 10044** | | - | Shareholder Notice Only | X | X | | Unknown |
| Account No.  **Aberdeen Holdings LTD Inc The Lom Group 27 Reid Str Hamilton, ON Canada** | | - | Shareholder Notice Only | X | X | | Unknown |
| Account No. **xxxxx-xxxxx3976**  **ADT Security Services P.O. Box 551200 Jacksonville, FL 32255** | | - | 2008 security services | | | | 1,122.03 |
| Account No.  **Aiden J Redmond 8 Menasha Ln. East Islip, NY 11730** | | - | Shareholder Notice Only | X | X | | Unknown |

|  | Subtotal (Total of this page) | 1,122.03 |
|---|---|---|

  __111__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                                     ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Al Rudd 155 Garth Rd. Scarsdale, NY 10583 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Alan A C Godsal Haines Hill Readin Twyford, UK RG10 0NA | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Alan Morris 49 E 96th St New York, NY 10128 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Alfred C. Kellogg 18 Gramantan Ct Yonkers, NY 10708-3015 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Alfred G Settineri 1419 61st St Brooklyn, NY 11219 | - | | | | X | X | | Unknown |

Sheet no. __1__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Davi Skin, Inc.**_____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Alfred John Twardosz 10 Beverly Road Yonkers, NY 10710 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Ali Shaygan | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Allan Dembicer 14431 41st Ave Flushing, NY 11355-1459 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Allen Congdon 49 North Dr Manhasset, NY 11030 | - | | | X | X | | Unknown |
| Account No. | | | 2007 Agreement | | | | |
| Amin Lakha 500-108th Ave NE Suite 2050 Bellevue, WA 98004 | - | | | | | | 529,491.49 |

| | | |
|---|---|---|
| Sheet no. __2___ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 529,491.49 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Amy J. Levin 147 Rockland Ave Larchmont, NY 10538 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Andre J. Ditte 535 E. 86th St. New York, NY 10028 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Andrew S. Dudley III 26 Castilian Dr. Suite A Santa Barbara, CA 93117 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Andrew Tabbat 2218 Theall Road Rye, NY 10850 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Andy Rosenberg 13018 Arlington Street Omaha, NE 68164 | - | | | | X | X | | Unknown |

Sheet no. __3__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                                              , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| **Angelo Cestra** **22-16 149th St.** **Whitestone, NY 11357** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Anna Contino** **88 Pancake Hollow Rd** **Highland, NY 12528** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Annette and Richard Maffei** **376 NW Springview Loop** **Port Saint Lucie, FL 34986-2665** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Anor D George** **6811 Windyrush Rd.** **Charlotte, NC 28226-7558** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Anthony J. George** **317 French Rd.** **Utica, NY 13502** | - | | | X | X | | Unknown |

Sheet no. __4__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| **Anthony Lucania 24-25 East 1st St. Brooklyn, NY 11223** | - | | | X | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | Shareholder Notice Only | | | | |
| **Anthony S. Harrison 6 Hartfield Court East Greenbush, NY 12061** | - | | | X | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | Shareholder Notice Only | | | | |
| **Anthony Snachkus** | - | | | X | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | Shareholder Notice Only | | | | |
| **Armando Pereira 618 Dawes Ave Utica, NY 13502** | - | | | X | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | Shareholder Notice Only | | | | |
| **Arnold Schiff** | - | | | X | X | | |
| | | | | | | | **Unknown** |

Sheet no. __5__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Arthur M. Casson 7881 Whispering Palms Dr. Apt 201 Boynton Beach, FL 33497-3841 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Arthur S & Micheline M. Caron 3225 169th St. Flushing, NY 11358 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Arthur Scholder | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Aslan Development c/o Dwyer Smith Law Firm 8712 W. Dodge Rd. #400 Omaha, NE 68114 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Aslan Mortgage 2242 So. 156 Cir Omaha, NE 68130 | - | | | X | X | | |
| | | | | | | | Unknown |

Sheet no. __6__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Davi Skin, Inc.**_____,    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9589**<br><br>**AT&T Mobility**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197-6463** | - | | **2008**<br>**utility services** | | | | **1,775.70** |
| Account No.<br><br>**Aviva Y. Gordon, Esq.**<br>**Ellis & Gordon**<br>**510 South Ninth Street**<br>**Las Vegas, NV 89101** | - | | **Attorneys for Zenith Global Enterprises Limited**<br>**Notice Only** | | | | **0.00** |
| Account No.<br><br>**Babette Altman**<br>**4850 Winter Haven Way**<br>**Roseville, CA 95747-8252** | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Bank Wegelin & Co**<br>**BOHL 17**<br>**St. Gallen, Switzerland 9005** | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Bankhaus H Aufhaeuser**<br>**KAT KAPITALBERATUNG**<br>**TOELZERSTRASSE 23**<br>**Geneva, Switzerland 82031** | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |

Sheet no. __**7**___ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **1,775.70**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **Bankhill TTEES LTD** **P.O. Box 204** **Celtic House Victoria Street** **Douglas, Isle of Man IM99 1QZ** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **Barbara Robins** **153 Park Dr.** **Buffalo, NY 14221** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **Barry Schultz** **6612 Coastal Breeze Ct.** **Las Vegas, NV 89108** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **Beatrice Sands** **750 Shore Rd.** **Long Beach, NY 11561** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **Ben and Lillian Levine** **67 Manhattan Ave. Apt 14Q** **Brooklyn, NY 11206** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |

Sheet no. __8__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | Shareholder Notice Only | | | | |
| Benjamin and Pauline Gianfranceschi 827 NE 199th St. Apt 203 Miami, FL 33179-3059 | | - | | | X | X | | Unknown |
| **Account No.** | | | | Shareholder Notice Only | | | | |
| Benjamin Deyoung 3 Redwood Ct Sands Point, NY 11050-1121 | | - | | | X | X | | Unknown |
| **Account No.** | | | | Shareholder Notice Only | | | | |
| Benjamin W Yarbourgh RTE 1 Box 1-0 Meadville, MS 39653-9702 | | - | | | X | X | | Unknown |
| **Account No.** | | | | Shareholder Notice Only | | | | |
| Bernard Ellis 78 Breckenridge Dr. Rochester, NY 14626 | | - | | | X | X | | Unknown |
| **Account No.** | | | | Shareholder Notice Only | | | | |
| Bernhard Altendeitering Orchideanster Nordhorn, Germany 48529 | | - | | | X | X | | Unknown |

Sheet no. __9__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.**                                                                                      ,  Case No. _____
                                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Bertram Graf Von Plettenbert Herman Vogel Str 12 Munchen, Germany D-80805 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Betty Lou Hudson 16 Wooster St #3 New York, NY 10013 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Betty M. and Raymond Bogucki c/o P & H Laboratories 24807 Avenue Tibbitts Valencia, CA 91355-3405 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Betty M.Bogucki as Cust for the Children c/o P & H Laboratories 24807 Avenue Tibbitts Valencia, CA 91355-3405 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| BKTCLC, LP | - | | | X | X | | |
| | | | | | | | Unknown |

Sheet no. __10__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.** _____ ,    Case No. _____

                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Blair F Hadley 7530 Cedargulf Ave Las Vegas, NV 89131 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Bobby Kumar 10 Anna Ct Middletown, NY 10940 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Bodo Pawlik Landebank Hesson - Thuringen Frankfurt, Germany | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Brad Dubrowsky 2000 Broadway #19C New York, NY 10023 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Bradley Peterson Kathy Peterson 2205 Norway Maple St Las Vegas, NV 89117 | - | | | X | X | | |
| | | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __11__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.** _____ ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| **Bradley Scharfe 6412 Chechill St. Vancouver, BC, Canada V6M3H9** | - | | | X | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | Shareholder Notice Only | | | | |
| **Brian Gleason** | - | | | X | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | Shareholder Notice Only | | | | |
| **Brian L and Nicole R Miller 3608 Beacon Point Street Las Vegas, NV 89129** | - | | | X | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | Shareholder Notice Only | | | | |
| **Brian Troia 2242 S 156th Circle Omaha, NE 68130** | - | | | X | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | Shareholder Notice Only | | | | |
| **Broadhead Family Trust** | - | | | X | X | | |
| | | | | | | | **Unknown** |

Sheet no. __12__ of __111__ sheets attached to Schedule of                              Subtotal          | **0.00**
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bruce Haber** <br>**26 Doral Ct** <br>**New City, NY 10956-5536** | - | | **Shareholder** <br>**Notice Only** | X | X | | Unknown |
| Account No. <br><br>**Bruce McLaughlin** <br>**193 Broadway** <br>**Amityville, NY 11701** | - | | **Shareholder** <br>**Notice Only** | X | X | | Unknown |
| Account No. <br><br>**Bruce Pierri** <br>**196 Deforest Rd.** <br>**Dix Hills, NY 11746-4845** | - | | **Shareholder** <br>**Notice Only** | X | X | | Unknown |
| Account No. <br><br>**Bryan J. Ellis** | - | | **Shareholder** <br>**Notice Only** | X | X | | Unknown |
| Account No. **none** <br><br>**Buchalter Nemer, PLC** <br>**1000 Wilshire Boulevard** <br>**Suite 1500** <br>**Los Angeles, CA 90017** | - | | **2007** <br>**Stipulated Judgment** | | | | 160,000.00 |

Sheet no. __13__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    160,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** , Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Burnd Uhlendorff AM Guisterberg 31 Dusseldorf, Germany D-40627** | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Carlo Mondavi 2620 Highland Ave Santa Monica, CA 90405** | - | | | | X | X | | Unknown |
| Account No. | | | | 2008 lease | | | | |
| **Cecchi Gori Pictures Paramount Studios 5555 Melrose Ave The Bob Hope Bldg, Ste 203 Los Angeles, CA 90038** | - | | | | | | | 20,000.00 |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Cecilia Pekar 9 Rip Van Ct. Ballston Spa, NY 12020** | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Cede & Co P.O. Box 222 Bowling Green Station New York, NY 10274-0222** | - | | | | X | X | | Unknown |

Sheet no. __14__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        20,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.** _____ ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| **Celia Wise** **113 Perkins Place** **Bath, NY 14810** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Charles Casquarelli** **598 Odell Ave** **Yonkers, NY 10710** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Charles E. Murphy** **6 Burns St #E-2** **Forest Hills, NY 11375-5281** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Charles Romeo** **Marie Romeo** **295 Clermont Ave** **Brooklyn, NY 11205** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Charles T Luettgen** **2995 S. Wentworth Ave.** **Milwaukee, WI** | - | | | X | X | | Unknown |

Sheet no. __15__ of __111__ sheets attached to Schedule of                                  Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ _____,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Charles T. Crowley 626 Third St. Brooklyn, NY 11215 | - | | | | | X | X | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Chester and Alice Everoski 54 Riggs Place Locust Valley, NY 11560 | - | | | | | X | X | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Chris Cooper 54 Branglebrink Rd Saint James, NY 11780-1354 | - | | | | | X | X | | 0.00 |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Christine and Gregory Azzarello 339 South Howard Plainfield, IL 60544 | - | | | | | X | X | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Christopher Hollingsworth Clopton Hall Farms Wickhambrook Newmarket Suffolk, UK CB88PG | - | | | | | X | X | | Unknown |

Sheet no. __16__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                                                        ,          Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Christopher Wibaux** | - | | | | **Shareholder<br>Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Claire Ambrosio<br>3627 Midvale Ave<br>Los Angeles, CA 90034** | - | | | | **Shareholder<br>Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Claire Ambrosio<br>8383 Wilshire Blvd.<br>#204<br>Beverly Hills, CA 90211** | - | | | | **sub tenant lease** | X | X | | **500.00** |
| Account No.<br><br>**Claire Annet Moore<br>7 Weldegrave Road Bickley<br>Kent, Kent UK BR1 2JP** | - | | | | **Shareholder<br>Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Claire Goodfriend<br>499 North Broadway<br>White Plains, NY 10603** | - | | | | **Shareholder<br>Notice Only** | X | X | | **Unknown** |

Sheet no. __17__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.**                                      ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Claire Moulden 8 Lakeland Close Chigwell Essex, UK 1G7 4QU | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Colin Walter Cosham 49 Heythorp St. Southfields London, UK SW18 5BS | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Colleen Sullivan 45 Bay Berry Dr. Monroe, NY 10950 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Craig Beam 3 Monell St. Greene, NY 13778-1221 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Dani Jacobson 1333 Lancaster Ave Syracuse, NY 13210-3331 | - | | | | X | X | | Unknown |

Sheet no. __18__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Davi Skin, Inc.**_____,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Daniel J Petucelli 59 Nelson Ave. Harrison, NY 10528 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Daniel M. Marcet 4505 W. Ramsey Ave Greendale, WI 53129 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Daniel S. Bernstein 1070 Park Ave 16B New York, NY 10128 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Daniel Shumny 9662 W Axure Dr Las Vegas, NV 89149 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Darren Lemmon 1600 Brock Ct Las Vegas, NV 89117 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __**19**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| David Ammerman 75 Penn Est East Stroudsburg, PA 18301-9028 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| David and Debora Holmes 6 Montauk Blvd. East Hampton, NY 11937 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| David B. Mensendiek 760 Warwick Ave 10 Thousand Oaks, CA 91360-3722 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| David Brandman 310 Bruce Park Greenwich, CT 06830-6312 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| David George trigleth 1910 Espinosa Carrollton, TX 75010 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __20__ of __111__ sheets attached to Schedule of    Subtotal    0.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| David Johnson and Stephanie Johnson Living Trust 3629 E Vista St Long Beach, CA | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| David Levy c/o Paula Gomberg 805 Drew Dr. N #SEC-2 Saint James, NY 11780-3309 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| David Lieberman 20 E. 9thg St. Apt 7D New York, NY 10003 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| David R Smith Heidi B Smith Jtten 3978 Latimer Drive Salt Lake City, UT 84120 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| David Schass 700 Shore Rd Long Beach, NY 11561 | - | | | | X | X | | Unknown |

Sheet no. __21__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Dawn Prendes 5765 N. Jensen St. Las Vegas, NV 89149 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Dawn Rhodes 23 Wilson St. Blue Point, NY 11715 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| DB Custody & Co for Arno Van Deth 31 W. 52nd Street New York, NY 10019 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| DB Custody & Co for Bernhard Altendeiter 31 W. 52nd Street New York, NY 10019 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| DB Custody & Co for Doris Korte 31 W. 52nd Street New York, NY 10019 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __22__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** ,                                     Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| DB Custody & Co for Hendrikus Mulder 31 W. 52nd Street New York, NY 10019 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Dean A Smith 3978 Latimer Drive Salt Lake City, UT 84120 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Dennis A Grapatin 3540 W. Way Sacramento, CA 95821 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Dennis Ackerman 51 Sycamore Beacon, NY 12508 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Dolores Foote 9 Jones St Manchester, NH 03103 | - | | | X | X | | Unknown |

Sheet no. __23__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Dominick B. Liberatore 120 Beech St. Yonkers, NY 10701-4306 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Donald A Toy 45 Sutton Place S Apt 1414 New York, NY 10022-2444 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Donald A Zrebiec 26 Bristol View Dr Fairport, NY 14450-4214 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Donald R Aho 1015 Pinewood Dr. Pinecity, NY 14571 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Doris Korte Ziegelie 4 Lahden, Finland 49774 | - | | | | X | X | | Unknown |

Sheet no. __24__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                  ,      Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dorothy M Weld** <br> **84 Marble Dr** <br> **Rochester, NY 14615** | - | | **Shareholder** <br> **Notice Only** | X | X | | Unknown |
| Account No. <br><br> **Dorothy Mondavi** <br> **P.O. Box 2** <br> **Oakville, CA 94562** | - | | **Shareholder** <br> **Notice Only** | X | X | | Unknown |
| Account No. <br><br> **Dr. Klaus Kaposi** <br> **Verwaltung GMGH Georg-Buchner Str 1** <br> **Kronberg, Germany 64176** | - | | **Shareholder** <br> **Notice Only** | X | X | | Unknown |
| Account No. <br><br> **Dudley Feit** <br> **945 E 9th Str** <br> **Brooklyn, NY 11516** | - | | **Shareholder** <br> **Notice Only** | X | X | | Unknown |
| Account No. <br><br> **E J Hudson, Jr. as TTEE of the** <br> **Robert Lee Hudson 1984 Trust** <br> **FBO Edward Joseph Hudson II** <br> **35 N. Wynden Dr.** <br> **Houston, TX 77005** | - | | **Shareholder** <br> **Notice Only** | X | X | | Unknown |

Sheet no. __25__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal       **0.00**
                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** _____,  Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Earl H. nemser 830 Park Ave New York, NY 10021 | | - | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Eastern European Management Srvs 1635 Market St. FL 17 Philadelphia, PA 19103-2208 | | - | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edgars Buss 540 First St. Brooklyn, NY 11215 | | - | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edward Barbieri 276 Ocean Terrace Staten Island, NY 10301 | | - | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edward Benes 37502 Royal Ct Palmdale, CA 93552-4508 | | - | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __26__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edward E. Klehr 703 High Twr Way Webster, NY 14580 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edward F Stowell 26 Crestfield Dr. Rochester, NY 14617 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edward J. Hudson 2232 Alameda Ave Davis, CA 95616 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edward J. Hudson II 1121 Alameda Ave Davis, CA 95616 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edward Jarzobski Stacia Jarzobski JT WROS 3615 S 185th Ave Omaha, NE 68130-4283 | - | | | | X | X | | Unknown |

Sheet no. __27__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.** ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edward Panos 620 Tam O'Shanter Las Vegas, NV 89109-1499 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Edythe D White Ex UW Stephen I White Pur By Est 530 Heritage Hls Somers, NY 10589-1906 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Elliot Smith 400 E 56th St Apt 19D New York, NY 10022-4147 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Ellis AG Blelcherweg 41 Zurich, Switzerland CH8002 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Elwin Al Jennings PO Box 187 Pine City, NY 14871 | - | | | | X | X | | Unknown |

Sheet no. __28__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Eric S. Goldman 2 Richmond Rd. Apt 2FF Long Beach, NY 11561-4581 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Erika Hofmann 4583 Mount Read Blvd. Rochester, NY 14616-2150 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Ernest Schulman 2575 Palisade Ave Bronx, NY 10463 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Ethel Dembicer 14431 41 St Ave Flushing, NY 11355-1459 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Ethel Miller 300 E. 57th St New York, NY 10022 | - | | | X | X | | |
| | | | | | | | Unknown |

Sheet no. __29__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Evan Timothy Luscombe 12 Allee Des Vanneaux Courseulles Sur Mer, France 14470 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Fanning M. Hearon, Jr. | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Fay Fasano 315 North Village Ave Rockville Centre, NY 11570 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Felix Rivera 304 S 3rd St Brooklyn, NY 11211 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Finelva Sa c/o Credit Agricole 40 Rue De Rhone Geneva, Switzerland CH-1204 | - | | | | X | X | | Unknown |

Sheet no. __30__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Davi Skin, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Flipper Securities Inc. c/o Compass Point Bulding 9 Bermudian Rd Hamilton, Bahamas HM11 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Florian Homm Value Management & Resear Limburger Strabe 10 Koingstein, Germany 61462 | - | | | | X | X | | Unknown |
| Account No. **xxxx1590** | | | | 2007 | | | | |
| Four Seasons Recruitment Landmark House Hammersmith Bridge Road London, W69EJ | - | | | | | | | 5,060.41 |
| Account No. | | | | Shareholder Notice Only | | | | |
| Fr Grassemi-Pour AM RABENSTEIN 12 KOENIGSTEIN, AUSTRIA 61462 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Fran and Bob Herridge 18 Orchard Dr. Armonk, NY 10504 | - | | | | X | X | | Unknown |

Sheet no. _**31**_ of _**111**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         5,060.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Francine Magee** <br> **518 Bayport Ave.** <br> **Bayport, NY 11705-1426** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Frank Bivona** <br> **205 E 22nd ST. Apt 4B** <br> **New York, NY 10019** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Frank R. Connors** <br> **62 Hillbright Ter** <br> **Yonkers, NY 10703** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Frank Ramsay Fenton** <br> **4 Lotherdale Rd.** <br> **Glusburn Keighley** <br> **Yorks, UK BD20 8JN** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Frederick C. Dallin** <br> **P.O. Box 1004** <br> **Woodridge, NY 12789** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |

Sheet no. __32__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                                                  ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. |  |  | Shareholder Notice Only |  |  |  |  |
| Gary Hutton Vicky Hutton JT Ten 131 CR 144A Marble Falls, TX 78654 | - |  |  | X | X |  | Unknown |
| Account No. |  |  | Shareholder Notice Only |  |  |  |  |
| Gene and Joan Gould 87 Scotchbush Rd Burnt Hills, NY 12027 | - |  |  | X | X |  | Unknown |
| Account No. |  |  | Shareholder Notice Only |  |  |  |  |
| Gene Carbella 9675 Phoenician Ave Las Vegas, NV 89147 | - |  |  | X | X |  | Unknown |
| Account No. |  |  | Shareholder Notice Only |  |  |  |  |
| Genevieve F. Aubry 16 Edgewood Rd. Peekskill, NY 10566 | - |  |  | X | X |  | Unknown |
| Account No. |  |  | Shareholder Notice Only |  |  |  |  |
| George Balogh 17 South Dr. Great Neck, NY 11021 | - |  |  | X | X |  | Unknown |

Sheet no. __33__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| George Camillo 65 Tanglewood Rochester, NY 14616 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| George Hantsch Goethestr 26 76275 Ettingen, Austria 76275 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| George M Sweetman 377 N Broadway 510 Yonkers, NY 10701 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| George Starkesen 135 McCarthy Ln Great River, NY 11739 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| George W. Fitzpatrick 142 Hunter Ave N. Tarrytown, NY 10591 | - | | | X | X | | Unknown |

Sheet no. __34__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  Gerald Caul | - | | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  Gerald Finkelstein 19 Pine Hollow Ln Greenlawn, NY 11740 | - | | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  Gerd Diener Hauptstr 12 Emlichheim, Germany 49824 | - | | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  Gerlach & Co 333 W 34th Street 3rd Floor Transfer Dept New York, NY 10001 | - | | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  Gertrude L. Mason 205 E 78th St. New York, NY 10021 | - | | | Shareholder Notice Only | X | X | | Unknown |

Sheet no. __35__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** ,                    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Giano Capital c/o Caledonian Bank & TRS Caledonian H P.O. Box 1043 Grand Cayman, Cayman Islands DY1-1002 | - | | | | X | X | | Unknown |
| Account No. | | | | Note | | | | |
| Gisela Brinkhaus c/o Fasken Martineau DuMoulin LLP Barristers & Solicitors 2100-1075 West Georgia Street Vancouver, BC V6E 3G2 | - | | | | | | | 126,319.95 |
| Account No. | | | | Shareholder Notice Only | | | | |
| Gisela Brinkhaus 2102-1020 Harwood St. Vancouver, BC Canada V6E4R1 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Gisela Renders Lange Str 28 Geeste, Germany | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Goldberg Cravitz 7251 W. Lake Mead Blvd. Ste 100 Las Vegas, NV 89128 | - | | | | X | X | | Unknown |

Sheet no. __36__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  126,319.95

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** ,                Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Google Trading Limited Partnership**<br>**4952 Gates Fall Ct**<br>**Las Vegas, NV 89149** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Greenwood Partners**<br>**261 Old York Rd.**<br>**Jenkintown, PA 19046** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Gregory Silverman**<br>**24 Old Lyme Rd**<br>**Scarsdale, NY 10583** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Gunther Durr**<br>**Fresienweg 7**<br>**Meppen, Germany 49716** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Gus Tahmin**<br>**48 Fieldcrest Rd.**<br>**Crestwood, NY 10707** | - | | Shareholder<br>Notice Only | X | X | | Unknown |

Sheet no. __37__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Gussie Halem 98 Eagle Mountain Harbor Milton, VT 05468-3425 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| H Donald Levine 25 Hank Lane Westbury, NY 11590 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| H.J. Scully 443 Maryann Lane West Hempstead, NY 11552 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Hai Hum 13 E 45th st. New York, NY 10017 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Hamid Mootabar 12 Flagler Dr Rye, NY 10580-1850 | - | | | | X | X | | Unknown |

Sheet no. __38__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** _____ ,    Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Hans-Jurgen Klisch Hindenburg Ste 48 Meerbusch, Germany D-40667 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Harold K. Cohen 181 E 65th Str. #21B New York, NY 10021 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Harold Robinson Kay Robinson 153 Bradley 147 Warren, AR 71671 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Harold Walter Eileen Walter 854 E Broadway Apt 3R Long Beach, NY 11561-4731 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Harriet Sass 252 Woehrle Ave Staten Island, NY 10312-1942 | - | | | | X | X | | Unknown |

Sheet no. __39__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Harry J and Dorothy I Martin 875 De Mott Ave Baldwin, NY 11510 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Harry Letzler 86 Pickwick Rd. Manhasset, NY 11030 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Harvey L Weiss 2 Elmwood Park Dr. 612 Staten Island, NY 10314 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Helen Buckley 2008 N. Daniel Apt 302 Arlington, VA 22201 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Helen Demarinis 812 Townhouse Village Hauppauge, NY 11788 | - | | | | X | X | | Unknown |

Sheet no. __40__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Helen Harvard 4020 Pratt Ave Bronx, NY 10466 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Hendrikus Mulder LAASTR 21 Nordhorn, Germany 48527 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Henrich Leutz Kleiststr 9 Oberursel, Germany 61440 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Henrietta Danson 51 Elm St. Woodridge, NY 12789 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Henry L Summers 1840 7th Ave #5C New York, NY 10026 | - | | | | X | X | | Unknown |

Sheet no. __41__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Hepburn Holdings, Ltd c/o Waterstreet Corporate Services Limit Reid Street 1st Floor Hamilton, Bermuda HM11 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Herman Germ Schulstrasse 90 Langerflzersd, Germany A-2103 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Herman Suna 75 Nobel St Lynbrook, NY 11563 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Hideki Ninomura Tokyo, Japan | - | | | | X | X | | Unknown |
| Account No. none | | | | 2007 | | | | |
| International Cosmetics & Regulatory 947 Manhattan Beach Blvd. Suite A Manhattan Beach, CA 90266 | - | | | | | | | 10,868.75 |

Sheet no. __42__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          10,868.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                                              Case No. _____
                                                                    ,
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Irving M. Geszel | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Irving Smyle 507 Corbin Pl West Islip, NY 11795 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Irwin Lazar 1418 Vian Ave Hewlett, NY 11557 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Isak Zenwirth 1845 50th St. Brooklyn, NY 11204 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Jack Dabadoub 212 St. Paul Ave Staten Island, NY 10304 | - | | | | | X | X | | |
| | | | | | | | | | Unknown |

Sheet no. __43__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jack Fine<br>30 South Cole Ave<br>Spring Valley, NY 10977 | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Jack Schwartz<br>2950 Express Dr. South<br>Islandia, NY 11722 | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Jacqueline A Hines<br>13 Denton Road<br>Eastbourne East S., UK BN20 7SS | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>James L. Ingram<br>James B. Ingram<br>UNIF GIFT MIN ACT. LA<br>1233 Inverness Dr.<br>Lake Charles, LA 70605-2317 | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>James P Murphy, Sr.<br>372 5th Ave Apt 4L<br>New York, NY 10018-8108 | - | | Shareholder<br>Notice Only | X | X | | Unknown |

Sheet no. __44__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.**                                                    Case No. _____
                                                                  ,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>James W Kindberg<br>3685 Shore Pkwy #2G<br>Brooklyn, NY 11235-2146 | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Jan Wallace<br>6929 E Cheney Dr.<br>Paradise Valley, AZ 85253 | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Jan Wallace<br>6929 E. Cheney Dr.<br>Paradise Valley, AZ 85253 | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Janell Faires<br>351 Charles E Yound Dr<br>New York, NY 10126 | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Janice M. Mitchell<br>12409 Pleasant Forest Dr.<br>Little Rock, AR 72212-5003 | - | | Shareholder<br>Notice Only | X | X | | Unknown |

Sheet no. __45__ of __111__ sheets attached to Schedule of                                 Subtotal                  **0.00**
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Jay Kirk 94 Meadow Farm North Chili, NY 14514-1331 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| JB Oxford & Company 9665 Wilshire blvd #302 Beverly Hills, CA 90212-2302 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Jean Belmonte 497 N. Terrace Ave. Mount Vernon, NY 10552 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Jean Parisi 26 Hills Park Lane Smithtown, NY 11787 | - | | | X | X | | |
| | | | | | | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Jeffrey A and Cheryl L Miller 1494 Plaza Pl Springdale, AR 72764 | - | | | X | X | | |
| | | | | | | | Unknown |

Sheet no. __46__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Shareholder Notice Only | X | X | | |
| Jeffrey A and Karen S Moore RTE 3 Box 3376 Popular Bluff, MO | | | | | | | | Unknown |
| Account No. | | - | | Shareholder Notice Only | X | X | | |
| Jennifer Collingwood and Anthony Favela 1050 Vista Del Pueblo #27 Santa Barbara, CA 93101 | | | | | | | | Unknown |
| Account No. | | - | | Shareholder Notice Only | X | X | | |
| Jeri Gilbert 944 Park Ln Valley Stream, NY 11581 | | | | | | | | Unknown |
| Account No. | | - | | Shareholder Notice Only | X | X | | |
| Jerome S. Reznick 6 Fir Dr. Kings Point, NY 11024 | | | | | | | | Unknown |
| Account No. | | - | | Shareholder Notice Only | X | X | | |
| Jerry S. and Laura P. Ford Box 31 Hazlehurst, MS 39083 | | | | | | | | Unknown |

Sheet no. __47__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____

_Debtor_

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Jerry Shapiro 20 Tanglewood Rd. Scarsdale, NY 10583 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Jill Hairston 12409 Pleasant Forest Dr. Little Rock, AR 72212-2212 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Joana DiBella Pacific Stock Transfer Company 4045 S. Spencer St Unit 403 Las Vegas, NV 89119 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Shareholder Notice Only | | | | |
| Joe Meysenburg 20129 Douglas Street Elkhorn, NE 68022 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| John A. Butler 2042 N. Las Palmas Ave. Los Angeles, CA 90068 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __48__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                              ,    Case No. _____
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**John Brigandi**<br>**79 Cedar Flats Rd.**<br>**Stony Point, NY 10980** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**John Burns** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**John Cash**<br>**4 Dartmouth St.**<br>**Forest Hills, NY 11375** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**John Chianello**<br>**402 Orton Dr**<br>**Greenville, NC 27859-3735** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**John D McCann III**<br>**178 E 124th St.**<br>**New York, NY 10035-1712** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |

Sheet no. __49__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.  John D. Burns 617 Shadwell Dr. Garland, TX 75041 | | - | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  John Deblasio 3 Cains Rd Suffern, NY 10901 | | - | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  John Felleman 1136 5th Ave New York, NY 10128 | | - | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  John Fisher 5835 Newhouse Rd East Amherst, NY 14051 | | - | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  John Gunther | | - | | Shareholder Notice Only | X | X | | Unknown |

Sheet no. __50__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,                 Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| John Insalaco 82-38 Longdale St New Hyde Park, NY 11040 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| John M Nemecek 276 Temple Hill Rd Newburgh, NY 12553 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| John Martin 545 8th Ave. RM 401 New York, NY 10018-4341 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| John Mason Route 9L P.O. Box 86 Cleverdale, NY 12820 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Jonathan Barnett 30 Park Ave New York, NY 10016 | - | | | | X | X | | Unknown |

Sheet no. __51__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Davi Skin, Inc.**_____ ,    Case No. _____

  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jonathan SPink**<br>**7E Tavistock Rd.**<br>**London, UK W11 1AT** | - | | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**Joseph Hejna**<br>**254 Pennsylvania St.**<br>**Buffalo, NY 14201** | - | | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**Joseph Jarzobski**<br>**1636 So 186 Cir**<br>**Omaha, NE 68130** | - | | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**Joseph Spellman**<br>**164 East 72nd Street Apt 4C**<br>**New York, NY 10021** | - | | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**Joseph T. Carroll**<br>**1453 Broadway Apt 1**<br>**Watervliet, NY 12189** | - | | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |

Sheet no. __**52**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                    , Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Joseph W. Kubran 36 Oak Rd. New City, NY 10956 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Josh Levine 201 North Canon Dr. Suite 207 Beverly Hills, CA 90210-4726 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Josh Levine 4223 Glencoe Ave Suite B130 Marina Del Rey, CA 90292 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Judith R. Engerman 30 Thornwood Dr Rochester, NY 14625-2108 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Juergen Boeser MOEWENWEG 6 Forst, Germany 76694 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __53__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** _____,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Julian Rosenberg 25 Fairway Cir S. Manhasset, NY 11030 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Julius Thelmo 62 Live Oak Dr Holbrook, NY 11741 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Karanjit S. Johal 42 Rockwood Irvine, CA 92614 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Karen Beard | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Karl Brinkhaus 2102-1020 Harwood St. Vancouver, BC Canada V6E4R1 | - | | | X | X | | Unknown |

Sheet no. __54__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Kathie Goldfinger c/f Robert Goldfinger 1005 Esplanade Bronx, NY 10461 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Kathleen Deal 502 W. Elizabeth St Kouts, IN 46347 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Katriona Mar Jeffries A/C MD 19 Beaconsfiled Rd. Rothney Claygate Surrey, UK KT10 PN | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Keith Charws Valentine Bromfield 25 A Kennere Gardens Alperton Middle, UK HA0 1TD | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Kenneth P. Lamar 676 Franklin Ave. Brooklyn, NY 11238 | - | | | | X | X | | Unknown |

Sheet no. __55__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kenneth Rothstein** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Kentaro Ikeda** <br> **459 Main Street** <br> **New Rochelle, NY 10801** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Kentaro Shibuya** <br> **302 1-22-6 Shinkawa Chou-Ku** <br> **Tokyo, Japan** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Kerrilyn Magee** <br> **101 Verona Pkwy** <br> **Lindenhurst, NY 11757** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |
| Account No. <br><br> **Kevin Cope** <br> **450 Riverside Dr. Apt #31** <br> **New York, NY 10027** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> Unknown |

Sheet no. **56** of **111** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Davi Skin, Inc.**_____,      Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kevin Turra**<br>**5042 Perrone Ave**<br>**Las Vegas, NV 89141-3960** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**Kiira J. Johal**<br>**42 Rockwood**<br>**Irvine, CA 92614** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**Kim Brinkhaus**<br>**2102-1020 Harwood St.**<br>**Vancouver, BC Canada V6E4R1** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**Kimberly Raiford**<br>**3045 Dale Hollow Dr.**<br>**Lexington, KY 40515** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |
| Account No.<br><br>**Kneath E. and Phyllis V. Loomis**<br>**213 Shields**<br>**Warren, AR 71671-3426** | - | | **Shareholder**<br>**Notice Only** | X | X | | Unknown |

Sheet no. __**57**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                                   ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kristjan Sigurddon** <br> **7201 N 21st St** <br> **Phoenix, AZ 85020** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> **Unknown** |
| Account No. <br><br> **Lance Nussbaum** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> **Unknown** |
| Account No. <br><br> **Laurence Roberts** <br> **10 Manhattan Sq 17 B** <br> **Rochester, NY 14607** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> **Unknown** |
| Account No. <br><br> **Lawrence and Barbara Lombardo** <br> **708 Christopher Ave.** <br> **Endicott, NY 13760-2224** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> **Unknown** |
| Account No. <br><br> **Lawrence and Karen Kuno** <br> **204 Sempton Blvd** <br> **Franklin Square, NY 11010** | - | | Shareholder <br> Notice Only | X | X | | <br><br><br> **Unknown** |

Sheet no. __58__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                                 ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Lawrence Silverman Cheryl Silverman 1 Ridge Ln Ballston Lake, NY 12019 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Lawrence Steckler 158 Whitewood Drive Massapequa Park, NY 11762 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Leo R. Cardillo 11 Hawthorne Way Hartsdale, NY 10530 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Leon A. Buscaglia 18 Hidden Hills Rd. Oak Ridge, NJ 07438-8856 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Leon Feldan 23 Midwood Dr Plainview, NY 11803 | - | | | | X | X | | Unknown |

Sheet no. __59__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Leonard Mandel 3075 Clover St Pittsford, NY 14534 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Leonard Saland 583A Heritage Hills Somers, NY 10589 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Leonard Saltzman 1241 Rosehill Blvd Niskatuna, NY 12309 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Lilliam R Peshkin PO Box 272 White Plains, NY 10602 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Lillian F. Gregory 361 Harvard Rd. S Garden City, NY 11530-5213 | - | | | X | X | | Unknown |

Sheet no. __60__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____ ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Lillian O'Connor | - | | | X | X | | Unknown |
| Account No. Linda C. Anderson | - | | Shareholder Notice Only | X | X | | Unknown |
| Account No. Lindol Hutton 9763 Fancher Drive Houghton, NY 14744 | - | | | X | X | | Unknown |
| Account No. Lois Meridith 13310 Willis Ave Omaha, NE 68164 | - | | Shareholder Notice Only | X | X | | Unknown |
| Account No. Lucian Kneip 185 E. 85th Street 19F New York, NY 10028 | - | | Shareholder Notice Only | X | X | | Unknown |

Sheet no. __61__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | Shareholder Notice Only | | | | |
| Lucille L. James 141 E Atkinson Ave Frontenac, KS 66763 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Luisa Diblasi and Steven Russo 885 E 94th Street Brooklyn, NY 11236 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Lynet Levine 8701 67th Ave Apt #12L Rego Park, NY 11374 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| M W Mosley 2604 Elmwood Ave #226 Rochester, NY 14618 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Marc S. Okun 267 N. Ridge St. Rye Brook, NY 10573 | - | | | X | X | | Unknown |

Sheet no. __62__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.**                                                        Case No. _____
                                            ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Margaret Dehlinger 47 Lorraine Terrace #215 Mount Vernon, NY 10553 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Margaret Elliott 27 Rowsley Road Eastbourne East S, S UK BN20 7X3 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Margaret Hershey 18 Lincoln Woods Ln Buffalo, NY 14222-1258 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Margaret M. Pathy c/o Sullivan 250 Park Ave #15FL New York, NY 10177-0001 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Margery H. Herrmann 2202 Theall Rd. Rye, NY 10580-1423 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __63__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.**
_____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Marie Canonica 14 West 6th Street Deer Park, NY 11729 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Marilyn Hommertzheim 4 Aldrich Ave Apt 4 Binghamton, NY 13903-1560 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mark C Eccher 35 Pinelawn Rd. Melville, NY 11747-3121 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mark C. Deal 100 Ave. A Warren, AR 71671-2405 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mark Phillips 2801 First Avenue Suite 1140 Seattle, WA 98121 | - | | | | X | X | | Unknown |

Sheet no. __64__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.** ,                                         Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Marthew O & Linda Burroughs 101 Parkview Dr. Painted Post, NY 14870 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Martin James Bay 27 Mayfair Gardins Woodford Essux, UK 1G8 9AB | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Martin Perlmutter 8375 Woodhaven Blvd Woodhaven, NY 11421 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mary Ann Jamieson 325 South First St Lewiston, NY 14092 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mary Ann Rock Po Box 1533 Plattsburgh, NY 12901-0256 | - | | | | X | X | | Unknown |

Sheet no. __65__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mary Belle Feltenstein c/o George Johnson 125 High Street 19th Fl Boston, MA 02110 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mary Beth Paprocki Scott M Paprocki 8840 W Forest Home Ave Milwaukee, WI 53228-3423 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mathilde Holscher Hinterm Gusch 23 Haren, Netherlands 49733 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Maurice Wooden 22 Highland Creek Dr Henderson, NV 89052 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| MDF Advisors, Inc. Profit Sharing Plan c/o Michael D. Feinstein 10036 Lasaine Ave Northridge, CA 91325 | - | | | | X | X | | Unknown |

Sheet no. __66__ of __111__ sheets attached to Schedule of    Subtotal    0.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.**                                                                 ,        Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Melvin Birns 401 E 34th St. North 16L New York, NY 10128 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Melvin Young 139 Turkey Ln. Cold Spring Harbor, NY 11724 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Mercian/ Makoto Takeuchi | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Merle Thomas and Debra L. Boon 343 State Street NY 14656 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Meyer Myerowitz 57 Remsen Ave. Monsey, NY 10952 | - | | | X | X | | Unknown |

Sheet no. __67__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| **MFB Hubbard c/o John Hubbard 37 Fournier Street London, United Kingdom E1 6QE** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Michael Elliot 15 West 72nd Str. New York, NY 10023** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Michael Gamp 4072 S. Lipton Ave Milwaukee, WI 53235-4745** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Michael Hardy 9522 Quiet Valley Ave Las Vegas, NV 89149** | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| **Michael Johnson P.O. Box 655 Mill Valley, CA 94942** | - | | | X | X | | Unknown |

Sheet no. __68__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Michael Miller 485 Madison Ave Ste 1100 New York, NY 10022 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Michael S. Frank 18 Linden Blvd. Great Neck, NY 11021 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Michael Tedesco 64 Old Tappan Rd. Glen Cove, NY 11542 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Michael Tighe 3333 Uribe St Las Vegas, NV 89129 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Michael Webb Trust Michael Web TTEE UA Dtd 02-16-99 | - | | | X | X | | Unknown |

Sheet no. __69__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Michelle Cohen | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mickey Powell 5417 N. McCarty Houston, TX 77013 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mike Meysenburg Mary Meysenburg JT TEN 815 No. 148th Street Omaha, NE 68154 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mike Meysenburg, Jr. c/o Dwyer Smith Law Firm 8712 W. Dodge Rd. #400 Omaha, NE 68114 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mike Vanmeter 18466 Van Camp Dr. Omaha, NE 68130 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __70__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**
_____,          Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Mildred Goldstein c/o Myra Doneger 281 Ave C #11A New York, NY 10009 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Miles Weiss C/F NE Weiss 1465 Andrews Lane East Meadow, NY 11554 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Milton Keslow 77 Brewster Rd. Scarsdale, NY 10583 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Milton Levitan 400 E 56 St #31P New York, NY 10022-4147 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Milton Markowitz 65 Sunset Dr Yonkers, NY 10704 | - | | | X | X | | Unknown |

Sheet no. __71__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Miriam Goodfriend 82 Brewster Rd. Scarsdale, NY 10585 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mitchell Birns 200 E 72nd St. New York, NY 10016 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mondo Capital Partners Inc. c/o Faskin Martineau Dumoulin LLP 2100-1075 West Georgia Street Vancouver, BC Canaca V6E3G8 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mrs. Ghassemi Pour Am Robenstein 12 Konigstein, Germany 61462 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Mrs. Sylvette Lisson Old Ditcham Farm Cottages Ditcham Petersfield Hants, Nova Scotia GU31 5RQ | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __72__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Munjit Johal**<br>**42 Rockwood**<br>**Irvine, CA 92614** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Muriel Schill**<br>**60 Terrahans Ln**<br>**Syosset, NY 11791** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Murray G. Fradkin**<br>**661 Eastbrooke Ln.**<br>**Rochester, NY 14618** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Nancy K. Munson**<br>**197 New York Ave**<br>**Huntington, NY 11743-2711** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Nancy Purnell**<br>**300 Mercer Street Apt 9N**<br>**New York, NY 10003** | - | | Shareholder<br>Notice Only | X | X | | Unknown |

Sheet no. __73__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Narmin Lakha c/o Amin Lakha 9675 Lake Washington Blvd. North East Bellevue, WA 98004 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Nathan T Ellis 104 Grant St. Newport Beach, CA 92663 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Nicholas Imparato 38 79th St. Brooklyn, NY 11209 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Nicholas Zawoda c/o Highfield House 11 Greenhill Farm, Deppers Bridge Harbur Warwickshire, UK CV33 0SY | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Norman L Tessier Road 1 Box 185 Sharon Springs, NY 13459 | - | | | X | X | | Unknown |

Sheet no. __74__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Northquay Limited 4th Floor Celtic House Victoria, BC Canada IM99 1Q2 | - | | | | | X | X | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Nunzio Marzigliano 1486 E. 48th St. Brooklyn, NY 11234 | - | | | | | X | X | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Pamela Goett 128 East 91 Street New York, NY 10128 | - | | | | | X | X | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Panther Law Center APC as Escrow Agent (Escrow No. PLC-2199) 5050 Avenida Encinas Ste 250 Carlsbad, CA 92008 | - | | | | | X | X | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Parrish Medley 8927 St Ives Dr. Los Angeles, CA 90069 | - | | | | | X | X | | Unknown |

Sheet no. __75__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Patricia A. Mortz | - | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  Patricia and Desmand Costello 89-25 240 St. Bellerose, NY 11426 | - | | | X | X | | Unknown |
| Account No.  Patricia Bar Smith 2 Forest View Road Loughton Essex, UK 1G10 4DX | - | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  Patsy J. Lynn 352 Hwy 160 W Hermitage, AR 71647-9327 | - | | Shareholder Notice Only | X | X | | Unknown |
| Account No.  Paul and Donna E. Kirchhoffer 14 Summit Ave Staten Island, NY 10306 | - | | Shareholder Notice Only | X | X | | Unknown |

Husband, Wife, Joint, or Community

Sheet no. __76__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Paul Baum** <br> **2561 Main St** <br> **Buffalo, NY 14214** | - | | Shareholder <br> Notice Only | X | X | | Unknown |
| Account No. <br><br> **Paul C Murstein** <br> **100 Inverness Rd** <br> **Scarsdale, NY 10583** | - | | Shareholder <br> Notice Only | X | X | | Unknown |
| Account No. <br><br> **Paul Goldman** | - | | Shareholder <br> Notice Only | X | X | | Unknown |
| Account No. <br><br> **Paul M Mann II** <br> **1907 River Oaks Blvd** <br> **Houston, TX 77019** | - | | Shareholder <br> Notice Only | X | X | | Unknown |
| Account No. <br><br> **Paul Nevill** <br> **368 Southborne Grove** <br> **Westcliffe-on-Sea** <br> **Essex, UK SS0 0AP** | - | | Shareholder <br> Notice Only | X | X | | Unknown |

Sheet no. __77__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.** _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none**<br><br>**Paul Wilmont Communications**<br>**581 Sixth Ave**<br>**2nd Floor**<br>**New York, NY 10011** | - | | **2007**<br>**Agreement** | | | | **70,000.00** |
| Account No.<br><br>**Pearl Katz**<br>**245 E. 54th St**<br>**New York, NY 10022** | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Peter Ardita**<br>**1119 Savoy Dr**<br>**Melville, NY 11747-5281** | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Peter J. Cella**<br>**333 East 30th St.**<br>**New York, NY 10016** | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Peter M. Blumenfeld**<br>**10 West 66th St.**<br>**New York, NY 10023** | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |

Sheet no. __**78**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **70,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Peter Rengers Lange St Geeste, Germany | | - | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Peter Tallarine 2286 Custom Vlg Ct Bellmore, NY 11710 | | - | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Philip and Arlene Discorida 18 Virginia Ave Saugerties, NY 12477-1132 | | - | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Philip David 1060 Fifth Ave. New York, NY 10128 | | - | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Phyllis Dukoff 31 Woodsorrel Ln East Northport, NY 11731 | | - | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __79__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.**                                                                                          ,  Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pinnacle Trust (ACT Peanut) Po Box 544 Bath ST St Helier Jersey, UK JE2 4SU** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No. <br><br> **Pinnacle Trustees Inc c/o PO Box 544 1 Britannia Pl, St. Heler Jersey, UK JE2 4SU** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No. **xx8680** <br><br> **PrimeNewsWire GPO Box 5897 New York, NY 10087-5897** | - | | 2008 | | | | 500.00 |
| Account No. <br><br> **Primitivo Colon PO Box 776 Sabana Grande, PR 00637** | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No. **xxxx0002** <br><br> **Purple 28 Saville Row London W1S2EU** | - | | 2007-2009 | | | | 23,526.25 |

Sheet no. __80__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal
        (Total of this page)      24,026.25

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| R Dean Woliver Deborah J Woliver 3035 Carlile Dr Loomis, CA 95650-9520 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| R Donald Turlington 32 Gramercy Park S 17G New York, NY 10030 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| R. Paul Beard 11238 Wyngate Lane Sandy, UT 84092 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Rajnikant V. Gandhi 25 Holiday Park Dr. Williston Park, NY 11596 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Ralph Fasano 3500 Sunrise Hyw D-109 Great River, NY 11739 | - | | | | X | X | | Unknown |

Sheet no. __81__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Ralph Formica** **1300 Greenbriar Lane** **Bellmore, NY 11710** | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Randall R Grilz** **3485 220th St. East** **Hampton, MN 55031** | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Randi Meyerson** **1 Crabapple Ct** **Monsey, NY 10952** | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Randy E. Broadhead** **56385 Grand Canyon Dr.** **Las Vegas, NV 89149** | - | | | | X | X | | Unknown |
| Account No. | | | | | | | | |
| **Raymond Seiden** | - | | | | X | X | | Unknown |

Sheet no. __82__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Reed M Roberts, Jr 144 E 36th St New York, NY 10016 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Reinette Timmer De Ligny H Reindersweg 28-98 TW Pesse, France NL 7933 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Remo Stella 2 Sophia Sr Middle Island, NY 11953 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Republic National Bank of NY Suisse S. A. Place de Lac 2 Case Postale 823 Geneva 3, Switzerland Ch-1211 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Richard and Marion Hodges 35 Union St. Groveland, MA 01834-1246 | - | | | X | X | | Unknown |

Sheet no. __83__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Richard G. Park 75 Hillhurst Ln Rochester, NY 14617 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Richard Hubbard 6617 N. Scottsdale Rd. Ste 103 Scottsdale, AZ 85250-7803 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Richard L. Cohen 8028 Pisa Dr. Boynton Beach, FL 33437-7156 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Richard P. Carlisle Road 4 P.O. Box 363 Ogdensburg, NY 13669-0363 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Richard R Raynor 870 United NAtions Plz Apt 11F New York, NY 10017-1818 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __84__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Richard Sternschuss 84 Parkview Rd. Elmsford, NY 10523 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Rita Guice 308 E. Church St Warren, AR 71671-3414 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Rita Mazzella 165 Chappaqua Rd Briarcliff Manor, PA 18510-1323 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Rob Clark 2850 Sunline Dr. Reno, NV 89523 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Robert Bracco 105 Garfield Pl Rochester, NY 14656 | - | | | X | X | | Unknown |

Sheet no. __85__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Robert E. Kane | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Robert E. Lyons 10773 Cleary Blvd Apt 304 Plantation, FL 33324-6070 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Robert F. Ackerson 60 Knolls Crescent Ave Bronx, NY 10463 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Robert Gottlieb 235 E 22nd St. Apt 15C New York, NY 10010-4640 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Robert Hand 18 Berrywood Dr. Huntington, NY 11743 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __86__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                       0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Davi Skin, Inc.**_____,    Case No. _____
  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Shareholder Notice Only | | | | |
| Robert J. Kenney 16 Johnson Court Babylon, NY 11702 | | - | | | | X | X | | Unknown |
| **Account No.** | | | | | Shareholder Notice Only | | | | |
| Robert Konningsberg 440 Park Ave S New York, NY 10016 | | - | | | | X | X | | Unknown |
| **Account No.** | | | | | Shareholder Notice Only | | | | |
| Robert M Voltl 9 Pebble Beach Ct. Algonquin, IL 60102-4493 | | - | | | | X | X | | Unknown |
| **Account No.** | | | | | Shareholder Notice Only | | | | |
| Robert S. Fortunoff 7 Norfold Rd. Great Neck, NY 11020 | | - | | | | X | X | | Unknown |
| **Account No.** | | | | | Shareholder Notice Only | | | | |
| Robert Schreiber Doreen Schreiber | | - | | | | X | X | | Unknown |

Sheet no. __**87**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ ,                              Case No. _____
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | Shareholder Notice Only | | | | |
| Robert Spertell 18840 Kenya St Porter Ranch, CA 91326 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Robin G. Lansdale 285 Bradley 124 Hermitage, AR 71647 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Robin M. and George Doumanis 336 Sound View Dr. Rocky Point, NY 11778 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Robyn and Charlie Carpenter 1907 River Oaks Blvd. Houston, TX 77019 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Rochelle C Shotland 18 Colby Ave Rye, NY 10580 | - | | | X | X | | Unknown |

Sheet no. __88__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** ,                                    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Rochelle Kovar 7 Kings Ct Monsey, NY 10952-3819 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Roger Favero 221 Water View Way Folsom, CA 95630 | - | | | | X | X | | Unknown |
| Account No. | | | | | | | | |
| Roger Favero and Jerrie E Favero JT TEN 221 Water View Way Folsom, CA 95630 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Rolf Boedeker Miguel Str 6 Neuenhaus, Germany 49828 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Rolf Ebeling Lortzing Str 4 Meppen, Germany 49716 | - | | | | X | X | | Unknown |

Sheet no. __89__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Ron Deming 18466 Van Camp Dr. Omaha, NE 68130 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Ron Welch 704 Michael Dr. Papillion, NE 68046 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Ronald Bella PO Box 223 Depew, NY 14043 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Ronald E. Leone 755 Corwin Rd. Rochester, NY | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Ronald Nadel 37 Academy Dr. Longmeadow, MA 01106-2100 | - | | | | X | X | | Unknown |

Sheet no. __90__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Ronald Rose** <br> **DECEASED** | - | | | **Shareholder** <br> **Notice Only** | X | X | | **Unknown** |
| Account No. <br><br> **Ronald S. Carlivati** <br> **63 Eagle Rock Dr.** <br> **Rochester, NY 14609** | - | | | **Shareholder** <br> **Notice Only** | X | X | | **Unknown** |
| Account No. <br><br> **Ronald Springer** <br> **3491 Heatherwood Dr.** <br> **Hamburg, NY 14075-2131** | - | | | **Shareholder** <br> **Notice Only** | X | X | | **Unknown** |
| Account No. <br><br> **Rose Smith** <br> **400 E 56th Street Apt 19D** <br> **New York, NY 10022** | - | | | **Shareholder** <br> **Notice Only** | X | X | | **Unknown** |
| Account No. **xxxx-1745** <br><br> **Rose Snyder & Jacobs** <br> **15821 Ventura Blvd.** <br> **Suite 490** <br> **Encino, CA 91436** | - | | | **2008-2009** <br> **Accounting fees** | | | | **16,590.25** |

Sheet no. __91__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,590.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                                        ,      Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Rosemary Carlucci 569 Webster Ave. New Rochelle, NY 10801 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Roy Gussow 4040 24th St. Long Island City, NY 11101 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Rudolf Heinz Niedenau 82 Frankfurt AM, Germany 60325 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| S. Norman Kesten 10430 SW 43rd Ave. Portland, OR 97219-6988 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Samuel Blum 130 E 67th Street New York, NY 10021 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __92__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** ,                                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Samuel Rosenberg<br>50-23 184 St<br>Flushing, NY 11365 | | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Sarna Trading<br>Hottinger Str 17<br>Zurich, Switzerland CH-8032 | | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Saul Federman<br>8 E. Cedar<br>Mount Vernon, NY 10552 | | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Savannah Corp<br>6929 Cheney Dr.<br>Paradise Valley, AZ 85253 | | - | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>Sharon McNeil<br>234 E 87 ST<br>New York, NY 10001 | | - | | Shareholder<br>Notice Only | X | X | | Unknown |

Sheet no. __93__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**                                            ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Shaskikant Patel 10 Elmhurst Dr. Old Westbury, NY 11568 | | - | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Sheila D Price William R Price RTE 8 Box 744 Mount Pleasant, TX 75455 | | - | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Shirley Volin 145 E. 16th St, New York, NY 10003 | | - | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Sidney Kahan 66 Peachtree Lane Roslyn Heights, NY 11577 | | - | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Sigrid Klasman Waldstr 17A Meppen, Germany 49716 | | - | | | X | X | | Unknown |

Sheet no. __94__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,     Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Simon Berlin 360 E 72nd #A411 New York, NY 10021 | | - | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Simone F Russo | | - | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Son Bui 9605 Queen Charlotte Dr. Las Vegas, NV 89145 | | - | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Stadtsparkasse Koeln Westpapier Service Post Fach 1035 44 Cologne, Germany D-50473 | | - | | | | X | X | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Shareholder Notice Only | | | | |
| Stanley B. Malinowski 5 Audrey ave Plainview, NY 11803 | | - | | | | X | X | | |
| | | | | | | | | | Unknown |

Sheet no. __95__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Stephen Edelglass 8 Pinebrook Rd. Monsey, NY 10952-5216 | | - | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Stephen Karl Lev 1425 59th St Brooklyn, NY 11219 | | - | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Stephen M Rittenberg 75 Rockland Ave Larchmont, NY 10538-1323 | | - | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Stephen M. Levy 11 Sinclair Dr. Kings Point, NY 11024 | | - | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Stephen Mark Jefferies Rothney 19 Beaconsfield Road Claygate Surrey, UK KT10 0PN | | - | | | X | X | | Unknown |

Sheet no. __96__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stephen Nich Humphreys**<br>**39 Trinity Gardens**<br>**London, UK SW9 8DP** | - | | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Stephen R. Forestel**<br>**8100 Centre Lane**<br>**East Amherst, NY 14051** | - | | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Steve P. and Jean Dixon**<br>**6810 North Fork Rd**<br>**Liberty, UT 84310** | - | | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Steven and Maureen Mosiello**<br>**144 East Dr.**<br>**Massapequa, NY 11758** | - | | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Steven D. Fleischer**<br>**20 Henhawk Road**<br>**Kings Point, NY 11024** | - | | | Shareholder<br>Notice Only | X | X | | Unknown |

Sheet no. __**97**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Steven J. Benson 438 Weeks St Jamestown, NY 14701 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Steven Neyerson 1 Crabapple Ct Monsey, NY 10952 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Stewart Benedict 27 Washington Sq. N. 4-A New York, NY 10011-9165 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Strategic Group LTD Suite 41/42 Victoria Hous 26 Main Street Po Box 743 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Stuart B. Goldman 1185 Park Ave. New York, NY 10128 | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __98__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ ,                              Case No. _____

                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| Stuart Leibowitz 2246 E 28th St Brooklyn, NY 11229 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Sunshine LTD The Lom Building 27 Reid Street Hamilton, Bermuda HM11 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Susan Hill 245 E 21st New York, NY 10010-6410 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Susan Lurie 145 E 15th St Apt #9G New York, NY 10010 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Susan M Schermer 445 East 86th St. Brooklyn, NY 11236 | - | | | | X | X | | Unknown |

Sheet no. __99__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.** _____,          Case No. _____
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Suzanne Coppel 60 Riverside Dr. Apt. 9G New York, NY 10024 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Sybil Phillips 40 Central Park S. New York, NY 10019 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Sylvette Lissoni 135 Station Rd. Liss Hampshire, UK GU22 7AJ | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Sylvia Ascher 58 E 83rd St. Apt 2-A New York, NY 10028 | - | | | | X | X | | |
| | | | | | | | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Takahiro Tashio | - | | | | X | X | | |
| | | | | | | | | Unknown |

Sheet no. __**100**__ of __**111**__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ _____,    Case No. _____
                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder Notice Only | | | | |
| Ted Leathers 14031 Parker St Omaha, NE 68154 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Ted Schneider 360 Centeral Ave Lawrence, NY 11559 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| Terry Lee Rothman 87 Kent Dr. Cortlandt Manor, NY 10567 | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| The High Octane Fund Limited Victoria House 26 Vicoria Street Douglas, Isle of Man | - | | | X | X | | Unknown |
| Account No. | | | Shareholder Notice Only | | | | |
| The Royal Bank of Scotland Co IOM LTD as TTEE of the Amoeba Fund PO Box 151, Victory House Prospect Hill, Scotland | - | | | X | X | | Unknown |

Sheet no. __101__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Davi Skin, Inc.**                                                                    ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder Notice Only | | | | |
| **The RR Fund LTD c/o VMR Flughafen Strasse 21 Keu Isenburg, Germany D-63263** | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Thomas A Dillon 15 Maple Ave Larchmont, NY 10538** | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Thomas H. Bennett 784 Park Ave #8D New York, NY 10021-3553** | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Thomas J Mansfield Jr. 340 Manor Road Douglaston, NY 11363** | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| **Thomas J Otell Harriet S. Otell 808 7th Ave Ford City, PA 16226-1138** | - | | | | X | X | | Unknown |

Sheet no. __102__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Thomas Lang 175 Steamboat Ln. Kings Point, NY 11024 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Thomas Mansfield, Sr. | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Thomas R. Burns 6 Meadow Lane Rochester, NY 14618 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Thomas Schinoge Hubertushehe 7 Bad Soden, Germany D-6581 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Thomas Shinogle Huberslohe 7 Bad Soden, Germany 6581 | - | | | | X | X | | Unknown |

Sheet no. __103__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc._____ ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tom Bannatyne**<br>**Nightgale House**<br>**107 Swains Lane**<br>**London, UK N6 6PJ** | - | | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Tomoharu Nakano**<br>**#702-3-30-2 Hirai Edogama Ku**<br>**Tokyo, Japan** | - | | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No. **none**<br><br>**Torrey Commerce**<br>**710 13th Street**<br>**Suite 315**<br>**San Diego, CA 92101** | - | | | **2008** | | | | **1,594.80** |
| Account No.<br><br>**Tracey Harrow**<br>**1 Heron Terrace Camden Rd**<br>**Carshalton Village**<br>**Surrey, UK SM5 2NS** | - | | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Tyler Brown** | - | | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |

Sheet no. __104__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,594.80**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ ,      Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| Urbano Volpini 2255 36th Street 31 Astoria, NY 11105 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Uwe Gerhardt Schumannstr 42 Frankfurt, Germany 60325 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Val Weathers 2863 Carriage Lane Ogden, UT 84403 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Value Management & Research AG Campus Kronberg 7 Kronberg, Germany D-61476 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| Value Management & Research AG AM Kronberger Hang 5 Schwwalbach, Germany D-65824 | - | | | | X | X | | Unknown |

Sheet no. __105__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Davi Skin, Inc.**
_____,                    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. **xx-xxxx-xxxxxxxx12-01** | | | | | **2010** **telephone services** | | | | |
| **Verizon** **PO Box 920041** **Dallas, TX 75392-0041** | - | | | | | | | | |
| | | | | | | | | | **600.00** |
| Account No. | | | | | **Shareholder** **Notice Only** | | | | |
| **Verrie Van T Wout** **Sauerlandstr 1** **Nordhorn, Germany 48527** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Shareholder** **Notice Only** | | | | |
| **Vicki L SPlaine** **53 N Ocean Ave** **Ronkonkoma, NY 11779-5015** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Shareholder** **Notice Only** | | | | |
| **Victar J. Richards** **9350 Western Ave. #101** **Omaha, NE 68114** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Shareholder** **Notice Only** | | | | |
| **Vincent P. Leaderer** **4122 Providence Cir** **Rochester, NY 14616-4241** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |

Sheet no. __**106**__ of __**111**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**600.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Davi Skin, Inc.**_____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **VMR AG c/o HWR Services P.O. Box 282 Victoria Street Douglas, Isle of Man, IM99 2DR** | - | | | | | X | X | | **Unknown** |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **VMR GMBH AM Kronberger Hang 5 Schwalbach, Germany 65824** | - | | | | | X | X | | **Unknown** |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **VMR High Octane Fund C/O DB Alex Brown 1635 Market St 17th FL Philadelphia, PA 19103** | - | | | | | X | X | | **Unknown** |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **Walentin Kardos 118 Brownstone Lane Rochester, NY 14615-1530** | - | | | | | X | X | | **Unknown** |
| Account No. | | | | | Shareholder Notice Only | | | | |
| **Walter E. Hook 312 W 20th Street New York, NY 10011** | - | | | | | X | X | | **Unknown** |

Sheet no. __**107**__ of __**111**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Walter Unkrich**<br>**19 3rd St**<br>**New Hyde Park, NY 11040** | | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Warren A. Katzman**<br>**482 Ft. Wahsington Ave**<br>**New York, NY 10033** | | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Wendell Barr**<br>**9 Franklin**<br>**Cattaraugus, NY 14719** | | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |
| Account No.<br><br>**Westset Logistics**<br>**1551 E. Victoria Street**<br>**Carson, CA 90746** | | - | | **2010**<br>**Warehouse** | X | X | | **3,059.75** |
| Account No.<br><br>**Whitestone Holdings II LLC** | | - | | **Shareholder**<br>**Notice Only** | X | X | | **Unknown** |

Sheet no. __108__ of __111__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **3,059.75**

B6F (Official Form 6F) (12/07) - Cont.

In re __Davi Skin, Inc.__ _____,    Case No. _____
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| William Adam 7584 Bel Arbor Trail Webster, NY 14580 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| William B Ritter 6600 SE Winged Foot Drive Stuart, FL 34997 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| William E Stinson Jr Po Box 72504 Bossier City, LA 71172-2504 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| William E. Burgess 10 East Park Road Pittsford, NY 14534 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| William H Rossell 1474 Third Ave New York, NY 10028 | - | | | | X | X | | Unknown |

Sheet no. __109__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Davi Skin, Inc.** _____,    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder Notice Only | | | | |
| William M. Healey, Jr. 255 Soundview Ave White Plains, NY 10606-3821 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| William N. Buckley 3374 Picket Fence Ln Myrtle Beach, SC 29579 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| William S. Clayton 2220 S. Wasatch Dr. Salt Lake City, UT 84109 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| William Stiefe 23 E 74th St Apt 5G New York, NY 10021-2663 | - | | | | X | X | | Unknown |
| Account No. | | | | Shareholder Notice Only | | | | |
| William Thomas Trigleth III 107 Skyline Ridge Athens, GA 30606 | - | | | | X | X | | Unknown |

Sheet no. __110__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Davi Skin, Inc.**                                                    ,    Case No. _____
　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Yale Citrin**<br>**54 Bradford Rd**<br>**Scarsdale, NY 10583** | - | | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Yvan Rossard**<br>**135 Hobart St.**<br>**East Islip, NY 11730** | - | | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No.<br><br>**Zebrawood Holdings Corporation**<br>**Po Box N 4805 St. Andrew Ct.**<br>**Nassau, Bahamas** | - | | | Shareholder<br>Notice Only | X | X | | Unknown |
| Account No. **xxxx-2090**<br><br>**Zorbit Resources**<br>**10900 Wilshire Blvd**<br>**Suite 930**<br>**Los Angeles, CA 90024** | - | | | 2007 | | | | 2,500.00 |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __111__ of __111__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 2,500.00 |
| | Total<br>(Report on Summary of Schedules) | 973,509.38 |

B6G (Official Form 6G) (12/07)

.

In re    **Davi Skin, Inc.**                                                                    ,    Case No. _____
                                                                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Carlo Mondavi**<br>**2620 Highland Ave**<br>**Santa Monica, CA 90405** | **Licensing Agreement** |
| **Claire Ambrosio, Esq**<br>**8383 Wilshire Blvd.**<br>**#204**<br>**Beverly Hills, CA 90211** | **Attorney/Client Fee Contract** |
| **Constellation Brands Group**<br>**235 North Bloomfield Rd.**<br>**Canadaigua, NY 14424** | **Licensing Agent** |
| **Gilchrist & Soames**<br>**PO Box 660075**<br>**1535 East Naomi**<br>**Indianapolis, IN 46266-0075** | **Licensor** |
| **Jan Wallace**<br>**6929 East Cheney Drive**<br>**Paradise Valley, AZ 85253** | **Consulting Agreement** |
| **Munjit Jonal**<br>**42 Rockwood**<br>**Irvine, CA 92614** | **Employment Agreement** |
| **The Robert Mondavi Corp**<br>**235 North Bloomfield Rd**<br>**Canandaigua, NY 14424** | **Licensing Agent** |
| **Waterford USA, Inc**<br>**1330 Campus Parkway**<br>**PO Box 1454**<br>**Wall, NJ 07719** | **Licensing Agent** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re     **Davi Skin, Inc.**                                              ,     Case No. _____
_____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Davi Skin, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **124**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 14, 2010**

Signature    **/s/ Jan Wallace**

**Jan Wallace**
**CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re  **Davi Skin, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$37,247.06** | **Year to Date: Royalty Payments** |
| **$-2,023,470.49** | **2008** |
| **$-2,944,957.82** | **2007** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Westset Logistics**<br>**1551 E. Victoria Street**<br>**Carson, CA 90746** | **5/28/2010** | **$2,600.00** | **$3,059.75** |
| **AT&T Mobility**<br>**PO Box 369008**<br>**Columbus, OH 43236-9008** | **5/28/10** | **$500.00** | **$1,775.70** |
| **Nevada Secretary of State** | **5/28/10** | **$175.00** | **$0.00** |
| **Canawill** | **5/28/10** | **$580.41** | **$0.00** |

None ☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Claire Ambrosio**<br><br>**Corporate Secretary** | **5/6/2009 - reimbursement of expenses** | **$250.00** | **$0.00** |
| **Munjit Johal**<br><br>**CFO** | **7/24/2009 - reimbursement of expenses** | **$257.53** | **$0.00** |
| **Claire Ambrosio**<br><br>**Corporate Secretary** | **7/24/09 - reimbursement of expenses** | **$1,000.00** | **$0.00** |
| **Jan Wallace**<br><br>**CEO & Director** | **9/11/09 - reimbursement of expenses** | **$7,003.00** | **$0.00** |
| **Jan Wallace**<br><br>**CEO & Director** | **10/21/09 - reimbursement of expenses** | **$1,000.00** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jan Wallace** | **10/28/09 - reimbursement of expenses** | **$6,000.00** | **$0.00** |
| **CEO & Director** | | | |
| **Claire Ambrosio** | **11/21/09 - reimbursement of expenses** | **$508.00** | **$0.00** |
| **Corporate Secretary** | | | |
| **Claire Ambrosio** | **2/7/10 - reimbursement of expenses** | **$3,500.00** | **$0.00** |
| **Corporate Secretary** | | | |
| **Munjit Johal** | **3/19/10 - reimbursement of expenses** | **$3,675.00** | **$0.00** |
| **CFO** | | | |
| **Munjit Johal** | **3/19/10 - reimbursement of expenses** | **$3,500.00** | **$0.00** |
| **CFO** | | | |
| **Claire Ambrosio** | **3/19/10 - reimbursement of expenses** | **$2,000.00** | **$0.00** |
| **Corporate Secretary** | | | |
| **Jan Wallace** | **3/23/10 - reimbursement of expenses** | **$2,248.02** | **$0.00** |
| **CEO & Director** | | | |
| **Claire Ambrosio** | **5/5/10 - reimbursement of expenses** | **$1,282.77** | **$0.00** |
| **Corporate Secretary** | | | |
| **Claire Ambrosio** | **5/5/10 - reimbursement of expenses** | **$880.00** | **$0.00** |
| **Corporate Secretary** | | | |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Zenith Global Enterprises Limited, v. Davi Skin, Inc., a Nevada Corporation and Jan Wallace.** | **Business** | **District Court, Clark County, Nevada** | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Timothy S. Cory & Associates 8831 W. Sahara Ave. Las Vegas, NV 89117** | **5/21/2010** | **$10,000.00** |

5

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Cecchi Guri Pictures** <br><br> **Former Landlord** | **7/1/2009** | **Office Furniture - $12,000.00** |
| **Josh Levine** <br> **4223 Glencoe Ave.** <br> **Suite B130** <br> **Marina Del Rey, CA 90292** | **June, 2008** | **Used Apple Computer - value $100.00** |
| **Jan Wallace** <br> **6929 E. Cheney Dr.** <br> **Paradise Valley, AZ 85253** | **August, 2009** | **Used Apple Computer - value $100.00** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

6

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER    DESCRIPTION AND VALUE OF PROPERTY    LOCATION OF PROPERTY

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| **11990 San Vincent Blvd. #300 Los Angeles, CA 90049** | **Devi Skin, Inc.** | **2008-2009** |
| **4223 Glencoe Avenue #B130 Marina Del Rey, CA 90292** | **Davi Skin, Inc.** | **2006-2008** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|------------------------|----------------------------------------|----------------|--------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|------------------------|----------------------------------------|----------------|--------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Davi Skin, Inc.** | 86-0907471 | **8383 Wilshire Blvd. #204 Beverly Hills, CA 90211** | **Skin Care Company** | **2004 - 2010** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Munjit Jonal** | **2007-2010** |

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Rose Snyder & Jacobs** | | **2007-2009** |

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

8

| NAME | ADDRESS |
|---|---|
| **Munjit Jonal** | |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Noctua Fund** | **2008** |

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **6/2008** | **Munjit Jonal** | **$532,073.06** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **6/2008** | **Munjit Jonal** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Munjit Jonal**<br>**42 Rockwood**<br>**Irvine, CA 92614** | **CFO** | **.006%** |
| **Jan Wallace**<br>**6929 East Cheney Drive**<br>**Paradise Valley, AZ 85253** | **CEO and Director** | **4.6%** |
| **Claire Ambrosio**<br>**8383 Wilshire Blvd.**<br>**#204**<br>**Beverly Hills, CA 90211** | **Corporate Secretary** | **.006%** |
| **Noctua Fund, LP**<br>**c/o Noctua Fund Manager, LLC**<br>**2038 Corte del Nogal**<br>**Suite 110**<br>**Carlsbad, CA 92011** | | **33%**<br>**Common stock held in Trust** |
| **Savannah Corp**<br>**6929 East Cheney Drive**<br>**Paradise Valley, AZ 85253** | | **32%**<br>**Common Stock** |

9

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **See Sched F for balance of shareholders** | | **29.2%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **June 14, 2010**           Signature    **/s/ Jan Wallace**

                                                    **Jan Wallace**
                                                    **CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re  **Davi Skin, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 10,000.00 |

2.  $  **0.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **June 14, 2010**

**/s/ Timothy S. Cory**
**Timothy S. Cory**
**Timothy S. Cory & Associates**
**8831 W. Sahara Ave.**
**Las Vegas, NV 89117**
**(702) 388-1996  Fax: (702) 382-7903**
**tim.cory@corylaw.us**

---

# United States Bankruptcy Court
## District of Nevada

In re   **Davi Skin, Inc.**         Case No. _____

                Debtor(s)     Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 14, 2010**             **/s/ Jan Wallace**

                                        **Jan Wallace**/CEO
                                        Signer/Title

Davi Skin, Inc.
8383 Wilshire Blvd.
#204
Beverly Hills, CA 90211

Timothy S. Cory
Timothy S. Cory & Associates
8831 W. Sahara Ave.
Las Vegas, NV 89117

A Thorson
551 Main St. #W201
New York, NY 10044

Aberdeen Holdings LTD Inc
The Lom Group
27 Reid Str
Hamilton, ON Canada

ADT Security Services
Acct No xxxxx-xxxxx3976
P.O. Box 551200
Jacksonville, FL 32255

Aiden J Redmond
8 Menasha Ln.
East Islip, NY 11730

Al Rudd
155 Garth Rd.
Scarsdale, NY 10583

Alan A C Godsal
Haines Hill Readin
Twyford, UK RG10 0NA

Alan Morris
49 E 96th St
New York, NY 10128

Alfred C. Kellogg
18 Gramantan Ct
Yonkers, NY 10708-3015

Alfred G Settineri
1419 61st St
Brooklyn, NY 11219

Alfred John Twardosz
10 Beverly Road
Yonkers, NY 10710

Ali Shaygan

Allan Dembicer
14431 41st Ave
Flushing, NY 11355-1459

Allen Congdon
49 North Dr
Manhasset, NY 11030

Amin Lakha
500-108th Ave NE Suite 2050
Bellevue, WA 98004

Amy J. Levin
147 Rockland Ave
Larchmont, NY 10538

Andre J. Ditte
535 E. 86th St.
New York, NY 10028

Andrew S. Dudley III
26 Castilian Dr. Suite A
Santa Barbara, CA 93117

Andrew Tabbat
2218 Theall Road
Rye, NY 10850

Andy Rosenberg
13018 Arlington Street
Omaha, NE 68164

Angelo Cestra
22-16 149th St.
Whitestone, NY 11357

Anna Contino
88 Pancake Hollow Rd
Highland, NY 12528

Annette and Richard Maffei
376 NW Springview Loop
Port Saint Lucie, FL 34986-2665

Anor D George
6811 Windyrush Rd.
Charlotte, NC 28226-7558

Anthony J. George
317 French Rd.
Utica, NY 13502

Anthony Lucania
24-25 East 1st St.
Brooklyn, NY 11223

Anthony S. Harrison
6 Hartfield Court
East Greenbush, NY 12061

Anthony Snachkus


Armando Pereira
618 Dawes Ave
Utica, NY 13502

Arnold Schiff


Arthur M. Casson
7881 Whispering Palms Dr. Apt 201
Boynton Beach, FL 33497-3841

Arthur S & Micheline M. Caron
3225 169th St.
Flushing, NY 11358

Arthur Scholder


Aslan Development
c/o Dwyer Smith Law Firm
8712 W. Dodge Rd.
#400
Omaha, NE 68114

Aslan Mortgage
2242 So. 156 Cir
Omaha, NE 68130

AT&T Mobility
Acct No xxxxxxxx9589
P.O. Box 6463
Carol Stream, IL 60197-6463

Attn: Steven G. Lukas


Aviva Y. Gordon, Esq.
Ellis & Gordon
510 South Ninth Street
Las Vegas, NV 89101

Babette Altman
4850 Winter Haven Way
Roseville, CA 95747-8252

Bank Wegelin & Co
BOHL 17
St. Gallen, Switzerland 9005

Bankhaus H Aufhaeuser
KAT KAPITALBERATUNG TOELZERSTRASSE 23
Geneva, Switzerland 82031

Bankhill TTEES LTD
P.O. Box 204
Celtic House Victoria Street
Douglas, Isle of Man IM99 1QZ

Barbara Robins
153 Park Dr.
Buffalo, NY 14221

Barry Schultz
6612 Coastal Breeze Ct.
Las Vegas, NV 89108

Beatrice Sands
750 Shore Rd.
Long Beach, NY 11561

Ben and Lillian Levine
67 Manhattan Ave. Apt 14Q
Brooklyn, NY 11206

Benjamin and Pauline Gianfranceschi
827 NE 199th St.
Apt 203
Miami, FL 33179-3059

Benjamin Deyoung
3 Redwood Ct
Sands Point, NY 11050-1121

Benjamin W Yarbourgh
RTE 1 Box 1-0
Meadville, MS 39653-9702

Bernard Ellis
78 Breckenridge Dr.
Rochester, NY 14626

Bernhard Altendeitering
Orchideanster
Nordhorn, Germany 48529

Bertram Graf Von Plettenbert
Herman Vogel Str 12
Munchen, Germany D-80805

Betty Lou Hudson
16 Wooster St #3
New York, NY 10013

Betty M. and Raymond Bogucki
c/o P & H Laboratories
24807 Avenue Tibbitts
Valencia, CA 91355-3405

Betty M.Bogucki as Cust for the Children
c/o P & H Laboratories
24807 Avenue Tibbitts
Valencia, CA 91355-3405

BKTCLC, LP


Blair F Hadley
7530 Cedargulf Ave
Las Vegas, NV 89131

Bobby Kumar
10 Anna Ct
Middletown, NY 10940

Bodo Pawlik
Landebank Hesson - Thuringen
Frankfurt, Germany

Brad Dubrowsky
2000 Broadway #19C
New York, NY 10023

Bradley Peterson
Kathy Peterson
2205 Norway Maple St
Las Vegas, NV 89117

Bradley Scharfe
6412 Chechill St.
Vancouver, BC, Canada V6M3H9

Brian Gleason


Brian L and Nicole R Miller
3608 Beacon Point Street
Las Vegas, NV 89129

Brian Troia
2242 S 156th Circle
Omaha, NE 68130

Broadhead Family Trust


Bruce Haber
26 Doral Ct
New City, NY 10956-5536

Bruce McLaughlin
193 Broadway
Amityville, NY 11701

Bruce Pierri
196 Deforest Rd.
Dix Hills, NY 11746-4845

Bryan J. Ellis


Buchalter Nemer, PLC
Acct No none
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017

Burnd Uhlendorff
AM Guisterberg 31
Dusseldorf, Germany D-40627

Carlo Mondavi
2620 Highland Ave
Santa Monica, CA 90405

Carlo Mondavi
2620 Highland Ave
Santa Monica, CA 90405

Cecchi Gori Pictures
Paramount Studios
5555 Melrose Ave
The Bob Hope Bldg, Ste 203
Los Angeles, CA 90038

Cecilia Pekar
9 Rip Van Ct.
Ballston Spa, NY 12020

Cede & Co
P.O. Box 222
Bowling Green Station
New York, NY 10274-0222

Celia Wise
113 Perkins Place
Bath, NY 14810

Charles Casquarelli
598 Odell Ave
Yonkers, NY 10710

Charles E. Murphy
6 Burns St #E-2
Forest Hills, NY 11375-5281

Charles Romeo
Marie Romeo
295 Clermont Ave
Brooklyn, NY 11205

Charles T Luettgen
2995 S. Wentworth Ave.
Milwaukee, WI

Charles T. Crowley
626 Third St.
Brooklyn, NY 11215

Chester and Alice Everoski
54 Riggs Place
Locust Valley, NY 11560

Chris Cooper
54 Branglebrink Rd
Saint James, NY 11780-1354

Christine and Gregory Azzarello
339 South Howard
Plainfield, IL 60544

Christopher Hollingsworth
Clopton Hall Farms Wickhambrook
Newmarket Suffolk, UK CB88PG

Christopher Wibaux

Claire Ambrosio
3627 Midvale Ave
Los Angeles, CA 90034

Claire Ambrosio
8383 Wilshire Blvd.
#204
Beverly Hills, CA 90211

Claire Ambrosio, Esq
8383 Wilshire Blvd.
#204
Beverly Hills, CA 90211

Claire Annet Moore
7 Weldegrave Road Bickley
Kent, Kent UK BR1 2JP

Claire C. Ambrosio
8383 Wilshire Blvd.
Beverly Hills, CA 90211

Claire Goodfriend
499 North Broadway
White Plains, NY 10603

Claire Moulden
8 Lakeland Close Chigwell
Essex, UK 1G7 4QU

Colin Walter Cosham
49 Heythorp St. Southfields
London, UK SW18 5BS

Colleen Sullivan
45 Bay Berry Dr.
Monroe, NY 10950

Constellation Brands Group
235 North Bloomfield Rd.
Canadaigua, NY 14424

Craig Beam
3 Monell St.
Greene, NY 13778-1221

Dani Jacobson
1333 Lancaster Ave
Syracuse, NY 13210-3331

Daniel J Petucelli
59 Nelson Ave.
Harrison, NY 10528

Daniel M. Marcet
4505 W. Ramsey Ave
Greendale, WI 53129

Daniel S. Bernstein
1070 Park Ave 16B
New York, NY 10128

Daniel Shumny
9662 W Axure Dr
Las Vegas, NV 89149

Darren Lemmon
1600 Brock Ct
Las Vegas, NV 89117

David Ammerman
75 Penn Est
East Stroudsburg, PA 18301-9028

David and Debora Holmes
6 Montauk Blvd.
East Hampton, NY 11937

David B. Mensendiek
760 Warwick Ave 10
Thousand Oaks, CA 91360-3722

David Brandman
310 Bruce Park
Greenwich, CT 06830-6312

David George trigleth
1910 Espinosa
Carrollton, TX 75010

David Johnson and
Stephanie Johnson Living Trust
3629 E Vista St
Long Beach, CA

David Levy
c/o Paula Gomberg
805 Drew Dr. N #SEC-2
Saint James, NY 11780-3309

David Lieberman
20 E. 9thg St. Apt 7D
New York, NY 10003

David R Smith
Heidi B Smith Jtten
3978 Latimer Drive
Salt Lake City, UT 84120

David Schass
700 Shore Rd
Long Beach, NY 11561

Dawn Prendes
5765 N. Jensen St.
Las Vegas, NV 89149

Dawn Rhodes
23 Wilson St.
Blue Point, NY 11715

DB Custody & Co for Arno Van Deth
31 W. 52nd Street
New York, NY 10019

DB Custody & Co for Bernhard Altendeiter
31 W. 52nd Street
New York, NY 10019

DB Custody & Co for Doris Korte
31 W. 52nd Street
New York, NY 10019

DB Custody & Co for Hendrikus Mulder
31 W. 52nd Street
New York, NY 10019

Dean A Smith
3978 Latimer Drive
Salt Lake City, UT 84120

Dennis A Grapatin
3540 W. Way
Sacramento, CA 95821

Dennis Ackerman
51 Sycamore
Beacon, NY 12508

Dolores Foote
9 Jones St
Manchester, NH 03103

Dominick B. Liberatore
120 Beech St.
Yonkers, NY 10701-4306

Donald A Toy
45 Sutton Place S Apt 1414
New York, NY 10022-2444

Donald A Zrebiec
26 Bristol View Dr
Fairport, NY 14450-4214

Donald R Aho
1015 Pinewood Dr.
Pinecity, NY 14571

Doris Korte
Ziegelie 4
Lahden, Finland 49774

Dorothy M Weld
84 Marble Dr
Rochester, NY 14615

Dorothy Mondavi
P.O. Box 2
Oakville, CA 94562

Dr. Klaus Kaposi
Verwaltung GMGH Georg-Buchner Str 1
Kronberg, Germany 64176

Dudley Feit
945 E 9th Str
Brooklyn, NY 11516

```
E J Hudson, Jr. as TTEE of the
Robert Lee Hudson 1984 Trust
FBO Edward Joseph Hudson II
35 N. Wynden Dr.
Houston, TX 77005

Earl H. nemser
830 Park Ave
New York, NY 10021

Eastern European Management Srvs
1635 Market St. FL 17
Philadelphia, PA 19103-2208

Edgars Buss
540 First St.
Brooklyn, NY 11215

Edward Barbieri
276 Ocean Terrace
Staten Island, NY 10301

Edward Benes
37502 Royal Ct
Palmdale, CA 93552-4508

Edward E. Klehr
703 High Twr Way
Webster, NY 14580

Edward F Stowell
26 Crestfield Dr.
Rochester, NY 14617

Edward J. Hudson
2232 Alameda Ave
Davis, CA 95616

Edward J. Hudson II
1121 Alameda Ave
Davis, CA 95616

Edward Jarzobski
Stacia Jarzobski JT WROS
3615 S 185th Ave
Omaha, NE 68130-4283

Edward Panos
620 Tam O'Shanter
Las Vegas, NV 89109-1499
```

Edythe D White Ex
UW Stephen l White
Pur By Est
530 Heritage Hls
Somers, NY 10589-1906

Elliot Smith
400 E 56th St Apt 19D
New York, NY 10022-4147

Ellis AG
Blelcherweg 41
Zurich, Switzerland CH8002

Elwin Al Jennings
PO Box 187
Pine City, NY 14871

Eric S. Goldman
2 Richmond Rd. Apt 2FF
Long Beach, NY 11561-4581

Erika Hofmann
4583 Mount Read Blvd.
Rochester, NY 14616-2150

Ernest Schulman
2575 Palisade Ave
Bronx, NY 10463

Ethel Dembicer
14431 41 St Ave
Flushing, NY 11355-1459

Ethel Miller
300 E. 57th St
New York, NY 10022

Evan Timothy Luscombe
12 Allee Des Vanneaux Courseulles
Sur Mer, France 14470

Fanning M. Hearon, Jr.


Fay Fasano
315 North Village Ave
Rockville Centre, NY 11570

Felix Rivera
304 S 3rd St
Brooklyn, NY 11211

Finelva Sa
c/o Credit Agricole
40 Rue De Rhone
Geneva, Switzerland CH-1204

Flipper Securities Inc.
c/o Compass Point Bulding 9 Bermudian Rd
Hamilton, Bahamas HM11

Florian Homm
Value Management & Resear Limburger
Strabe 10
Koingstein, Germany 61462

Four Seasons Recruitment
Acct No xxxx1590
Landmark House Hammersmith Bridge Road
London, W69EJ

Fr Grassemi-Pour
AM RABENSTEIN 12
KOENIGSTEIN, AUSTRIA 61462

Fran and Bob Herridge
18 Orchard Dr.
Armonk, NY 10504

Franchise Tax Board

Francine Magee
518 Bayport Ave.
Bayport, NY 11705-1426

Frank Bivona
205 E 22nd ST. Apt 4B
New York, NY 10019

Frank R. Connors
62 Hillbright Ter
Yonkers, NY 10703

Frank Ramsay Fenton
4 Lotherdale Rd.
Glusburn Keighley
Yorks, UK BD20 8JN

Frederick C. Dallin
P.O. Box 1004
Woodridge, NY 12789

Gary Hutton
Vicky Hutton JT Ten
131 CR 144A
Marble Falls, TX 78654

Gene and Joan Gould
87 Scotchbush Rd
Burnt Hills, NY 12027

Gene Carbella
9675 Phoenician Ave
Las Vegas, NV 89147

Genevieve F. Aubry
16 Edgewood Rd.
Peekskill, NY 10566

George Balogh
17 South Dr.
Great Neck, NY 11021

George Camillo
65 Tanglewood
Rochester, NY 14616

George Hantsch
Goethestr 26
76275 Ettingen, Austria 76275

George M Sweetman
377 N Broadway 510
Yonkers, NY 10701

George Starkesen
135 McCarthy Ln
Great River, NY 11739

George W. Fitzpatrick
142 Hunter Ave
N. Tarrytown, NY 10591

Gerald Caul

Gerald Finkelstein
19 Pine Hollow Ln
Greenlawn, NY 11740

Gerd Diener
Hauptstr 12
Emlichheim, Germany 49824

Gerlach & Co
333 W 34th Street
3rd Floor Transfer Dept
New York, NY 10001

Gertrude L. Mason
205 E 78th St.
New York, NY 10021

Giano Capital
c/o Caledonian Bank & TRS Caledonian H
P.O. Box 1043
Grand Cayman, Cayman Islands DY1-1002

Gilchrist & Soames
PO Box 660075
1535 East Naomi
Indianapolis, IN 46266-0075

Gisela Brinkhaus
c/o Fasken Martineau DuMoulin LLP
Barristers & Solicitors
2100-1075 West Georgia Street
Vancouver, BC V6E 3G2

Gisela Brinkhaus
2102-1020 Harwood St.
Vancouver, BC Canada V6E4R1

Gisela Renders
Lange Str 28
Geeste, Germany

Goldberg Cravitz
7251 W. Lake Mead Blvd. Ste 100
Las Vegas, NV 89128

Google Trading Limited Partnership
4952 Gates Fall Ct
Las Vegas, NV 89149

Greenwood Partners
261 Old York Rd.
Jenkintown, PA 19046

Gregory Silverman
24 Old Lyme Rd
Scarsdale, NY 10583

Gunther Durr
Fresienweg 7
Meppen, Germany 49716

Gus Tahmin
48 Fieldcrest Rd.
Crestwood, NY 10707

Gussie Halem
98 Eagle Mountain Harbor
Milton, VT 05468-3425

H Donald Levine
25 Hank Lane
Westbury, NY 11590

H.J. Scully
443 Maryann Lane
West Hempstead, NY 11552

Hai Hum
13 E 45th st.
New York, NY 10017

Hamid Mootabar
12 Flagler Dr
Rye, NY 10580-1850

Hans-Jurgen Klisch
Hindenburg Ste 48
Meerbusch, Germany D-40667

Harold K. Cohen
181 E 65th Str. #21B
New York, NY 10021

Harold Robinson
Kay Robinson
153 Bradley 147
Warren, AR 71671

Harold Walter
Eileen Walter
854 E Broadway Apt 3R
Long Beach, NY 11561-4731

Harriet Sass
252 Woehrle Ave
Staten Island, NY 10312-1942

Harry J and Dorothy I Martin
875 De Mott Ave
Baldwin, NY 11510

Harry Letzler
86 Pickwick Rd.
Manhasset, NY 11030

Harvey L Weiss
2 Elmwood Park Dr. 612
Staten Island, NY 10314

Helen Buckley
2008 N. Daniel Apt 302
Arlington, VA 22201

Helen Demarinis
812 Townhouse Village
Hauppauge, NY 11788

Helen Harvard
4020 Pratt Ave
Bronx, NY 10466

Hendrikus Mulder
LAASTR 21
Nordhorn, Germany 48527

Henrich Leutz
Kleiststr 9
Oberursel, Germany 61440

Henrietta Danson
51 Elm St.
Woodridge, NY 12789

Henry L Summers
1840 7th Ave #5C
New York, NY 10026

Hepburn Holdings, Ltd
c/o Waterstreet Corporate Services Limit
Reid Street 1st Floor
Hamilton, Bermuda HM11

Herman Germ
Schulstrasse 90
Langerflzersd, Germany A-2103

Herman Suna
75 Nobel St
Lynbrook, NY 11563

Hideki Ninomura
Tokyo, Japan

International Cosmetics & Regulatory
Acct No none
947 Manhattan Beach Blvd.
Suite A
Manhattan Beach, CA 90266

Irving M. Geszel

Irving Smyle
507 Corbin Pl
West Islip, NY 11795

Irwin Lazar
1418 Vian Ave
Hewlett, NY 11557

Isak Zenwirth
1845 50th St.
Brooklyn, NY 11204

Jack Dabadoub
212 St. Paul Ave
Staten Island, NY 10304

Jack Fine
30 South Cole Ave
Spring Valley, NY 10977

Jack Schwartz
2950 Express Dr. South
Islandia, NY 11722

Jacqueline A Hines
13 Denton Road
Eastbourne East S., UK BN20 7SS

James L. Ingram
James B. Ingram
UNIF GIFT MIN ACT. LA
1233 Inverness Dr.
Lake Charles, LA 70605-2317

James P Murphy, Sr.
372 5th Ave Apt 4L
New York, NY 10018-8108

James W Kindberg
3685 Shore Pkwy #2G
Brooklyn, NY 11235-2146

Jan Wallace
6929 East Cheyne Dr.
Paradise Valley, AZ 85253

Jan Wallace
6929 East Cheney Drive
Paradise Valley, AZ 85253

Janell Faires
351 Charles E Yound Dr
New York, NY 10126

Janice M. Mitchell
12409 Pleasant Forest Dr.
Little Rock, AR 72212-5003

Jay Kirk
94 Meadow Farm
North Chili, NY 14514-1331

JB Oxford & Company
9665 Wilshire blvd
#302
Beverly Hills, CA 90212-2302

Jean Belmonte
497 N. Terrace Ave.
Mount Vernon, NY 10552

Jean Parisi
26 Hills Park Lane
Smithtown, NY 11787

Jeffrey A and Cheryl L Miller
1494 Plaza Pl
Springdale, AR 72764

Jeffrey A and Karen S Moore
RTE 3 Box 3376
Popular Bluff, MO

Jennifer Collingwood and Anthony Favela
1050 Vista Del Pueblo #27
Santa Barbara, CA 93101

Jeri Gilbert
944 Park Ln
Valley Stream, NY 11581

Jerome S. Reznick
6 Fir Dr.
Kings Point, NY 11024

Jerry S. and Laura P. Ford
Box 31
Hazlehurst, MS 39083

Jerry Shapiro
20 Tanglewood Rd.
Scarsdale, NY 10583

Jill Hairston
12409 Pleasant Forest Dr.
Little Rock, AR 72212-2212

Joana DiBella
Pacific Stock Transfer Company
4045 S. Spencer St
Unit 403
Las Vegas, NV 89119

Joe Meysenburg
20129 Douglas Street
Elkhorn, NE 68022

John A. Butler
2042 N. Las Palmas Ave.
Los Angeles, CA 90068

John Brigandi
79 Cedar Flats Rd.
Stony Point, NY 10980

John Burns

John Cash
4 Dartmouth St.
Forest Hills, NY 11375

John Chianello
402 Orton Dr
Greenville, NC 27859-3735

John D McCann III
178 E 124th St.
New York, NY 10035-1712

John D. Burns
617 Shadwell Dr.
Garland, TX 75041

John Deblasio
3 Cains Rd
Suffern, NY 10901

John Felleman
1136 5th Ave
New York, NY 10128

John Fisher
5835 Newhouse Rd
East Amherst, NY 14051

John Gunther

John Insalaco
82-38 Longdale St
New Hyde Park, NY 11040

John M Nemecek
276 Temple Hill Rd
Newburgh, NY 12553

John Martin
545 8th Ave. RM 401
New York, NY 10018-4341

John Mason
Route 9L P.O. Box 86
Cleverdale, NY 12820

Jonathan Barnett
30 Park Ave
New York, NY 10016

Jonathan SPink
7E Tavistock Rd.
London, UK W11 1AT

Joseph Hejna
254 Pennsylvania St.
Buffalo, NY 14201

Joseph Jarzobski
1636 So 186 Cir
Omaha, NE 68130

Joseph Spellman
164 East 72nd Street Apt 4C
New York, NY 10021

Joseph T. Carroll
1453 Broadway Apt 1
Watervliet, NY 12189

Joseph W. Kubran
36 Oak Rd.
New City, NY 10956

Josh Levine
201 North Canon Dr. Suite 207
Beverly Hills, CA 90210-4726

Josh Levine
4223 Glencoe Ave
Suite B130
Marina Del Rey, CA 90292

Judith R. Engerman
30 Thornwood Dr
Rochester, NY 14625-2108

Juergen Boeser
MOEWENWEG 6
Forst, Germany 76694

Julian Rosenberg
25 Fairway Cir S.
Manhasset, NY 11030

Julius Thelmo
62 Live Oak Dr
Holbrook, NY 11741

Karanjit S. Johal
42 Rockwood
Irvine, CA 92614

Karen Beard


Karl Brinkhaus
2102-1020 Harwood St.
Vancouver, BC Canada V6E4R1

Kathie Goldfinger
c/f Robert Goldfinger
1005 Esplanade
Bronx, NY 10461

Kathleen Deal
502 W. Elizabeth St
Kouts, IN 46347

Katriona Mar Jeffries A/C MD
19 Beaconsfiled Rd. Rothney Claygate
Surrey, UK KT10 PN

Keith Charws Valentine Bromfield
25 A Kennere Gardens Alperton
Middle, UK HA0 1TD

Kenneth P. Lamar
676 Franklin Ave.
Brooklyn, NY 11238

Kenneth Rothstein


Kentaro Ikeda
459 Main Street
New Rochelle, NY 10801

Kentaro Shibuya
302 1-22-6 Shinkawa Chou-Ku
Tokyo, Japan

Kerrilyn Magee
101 Verona Pkwy
Lindenhurst, NY 11757

Kevin Cope
450 Riverside Dr. Apt #31
New York, NY 10027

Kevin Turra
5042 Perrone Ave
Las Vegas, NV 89141-3960

Kiira J. Johal
42 Rockwood
Irvine, CA 92614

Kim Brinkhaus
2102-1020 Harwood St.
Vancouver, BC Canada V6E4R1

Kimberly Raiford
3045 Dale Hollow Dr.
Lexington, KY 40515

Kneath E. and Phyllis V. Loomis
213 Shields
Warren, AR 71671-3426

Kristjan Sigurddon
7201 N 21st St
Phoenix, AZ 85020

Lance Nussbaum


Laurence Roberts
10 Manhattan Sq 17 B
Rochester, NY 14607

Lawrence and Barbara Lombardo
708 Christopher Ave.
Endicott, NY 13760-2224

Lawrence and Karen Kuno
204 Sempton Blvd
Franklin Square, NY 11010

Lawrence Silverman
Cheryl Silverman
1 Ridge Ln
Ballston Lake, NY 12019

Lawrence Steckler
158 Whitewood Drive
Massapequa Park, NY 11762

Leo R. Cardillo
11 Hawthorne Way
Hartsdale, NY 10530

Leon A. Buscaglia
18 Hidden Hills Rd.
Oak Ridge, NJ 07438-8856

Leon Feldan
23 Midwood Dr
Plainview, NY 11803

Leonard Mandel
3075 Clover St
Pittsford, NY 14534

Leonard Saland
583A Heritage Hills
Somers, NY 10589

Leonard Saltzman
1241 Rosehill Blvd
Niskatuna, NY 12309

Lilliam R Peshkin
PO Box 272
White Plains, NY 10602

Lillian F. Gregory
361 Harvard Rd. S
Garden City, NY 11530-5213

Lillian O'Connor

Linda C. Anderson

Lindol Hutton
9763 Fancher Drive
Houghton, NY 14744

Lois Meridith
13310 Willis Ave
Omaha, NE 68164

Lucian Kneip
185 E. 85th Street 19F
New York, NY 10028

Lucille L. James
141 E Atkinson Ave
Frontenac, KS 66763

Luisa Diblasi and Steven Russo
885 E 94th Street
Brooklyn, NY 11236

Lynet Levine
8701 67th Ave
Apt #12L
Rego Park, NY 11374

```
M W Mosley
2604 Elmwood Ave #226
Rochester, NY 14618

Marc S. Okun
267 N. Ridge St.
Rye Brook, NY 10573

Margaret Dehlinger
47 Lorraine Terrace #215
Mount Vernon, NY 10553

Margaret Elliott
27 Rowsley Road Eastbourne
East S, S UK BN20 7X3

Margaret Hershey
18 Lincoln Woods Ln
Buffalo, NY 14222-1258

Margaret M. Pathy
c/o Sullivan
250 Park Ave #15FL
New York, NY 10177-0001

Margery H. Herrmann
2202 Theall Rd.
Rye, NY 10580-1423

Marie Canonica
14 West 6th Street
Deer Park, NY 11729

Marilyn Hommertzheim
4 Aldrich Ave Apt 4
Binghamton, NY 13903-1560

Mark C Eccher
35 Pinelawn Rd.
Melville, NY 11747-3121

Mark C. Deal
100 Ave. A
Warren, AR 71671-2405

Mark Phillips
2801 First Avenue Suite 1140
Seattle, WA 98121

Marthew O & Linda Burroughs
101 Parkview Dr.
Painted Post, NY 14870
```

Martin James Bay
27 Mayfair Gardins Woodford
Essux, UK 1G8 9AB

Martin Perlmutter
8375 Woodhaven Blvd
Woodhaven, NY 11421

Mary Ann Jamieson
325 South First St
Lewiston, NY 14092

Mary Ann Rock
Po Box 1533
Plattsburgh, NY 12901-0256

Mary Belle Feltenstein
c/o George Johnson
125 High Street 19th Fl
Boston, MA 02110

Mary Beth Paprocki
Scott M Paprocki
8840 W Forest Home Ave
Milwaukee, WI 53228-3423

Mathilde Holscher
Hinterm Gusch 23
Haren, Netherlands 49733

Maurice Wooden
22 Highland Creek Dr
Henderson, NV 89052

MDF Advisors, Inc. Profit Sharing Plan
c/o Michael D. Feinstein
10036 Lasaine Ave
Northridge, CA 91325

Melvin Birns
401 E 34th St. North 16L
New York, NY 10128

Melvin Young
139 Turkey Ln.
Cold Spring Harbor, NY 11724

Mercian/ Makoto Takeuchi

Merle Thomas and Debra L. Boon
343 State Street
NY 14656

Meyer Myerowitz
57 Remsen Ave.
Monsey, NY 10952

MFB Hubbard
c/o John Hubbard
37 Fournier Street
London, United Kingdom E1 6QE

Michael Elliot
15 West 72nd Str.
New York, NY 10023

Michael Gamp
4072 S. Lipton Ave
Milwaukee, WI 53235-4745

Michael Hardy
9522 Quiet Valley Ave
Las Vegas, NV 89149

Michael Johnson
P.O. Box 655
Mill Valley, CA 94942

Michael Miller
485 Madison Ave
Ste 1100
New York, NY 10022

Michael S. Frank
18 Linden Blvd.
Great Neck, NY 11021

Michael Tedesco
64 Old Tappan Rd.
Glen Cove, NY 11542

Michael Tighe
3333 Uribe St
Las Vegas, NV 89129

Michael Webb Trust
Michael Web TTEE UA Dtd 02-16-99

Michelle Cohen

Mickey Powell
5417 N. McCarty
Houston, TX 77013

Mike Meysenburg
Mary Meysenburg JT TEN
815 No. 148th Street
Omaha, NE 68154

Mike Meysenburg, Jr.
c/o Dwyer Smith Law Firm
8712 W. Dodge Rd.
#400
Omaha, NE 68114

Mike Vanmeter
18466 Van Camp Dr.
Omaha, NE 68130

Mildred Goldstein
c/o Myra Doneger
281 Ave C #11A
New York, NY 10009

Miles Weiss
C/F NE Weiss
1465 Andrews Lane
East Meadow, NY 11554

Milton Keslow
77 Brewster Rd.
Scarsdale, NY 10583

Milton Levitan
400 E 56 St #31P
New York, NY 10022-4147

Milton Markowitz
65 Sunset Dr
Yonkers, NY 10704

Miriam Goodfriend
82 Brewster Rd.
Scarsdale, NY 10585

Mitchell Birns
200 E 72nd St.
New York, NY 10016

Mondo Capital Partners Inc.
c/o Faskin Martineau Dumoulin LLP
2100-1075 West Georgia Street
Vancouver, BC Canaca V6E3G8

Mrs. Ghassemi Pour
Am Robenstein 12
Konigstein, Germany 61462

Mrs. Sylvette Lisson
Old Ditcham Farm Cottages
Ditcham Petersfield
Hants, Nova Scotia GU31 5RQ

Munjit Johal
42 Rockwood
Irvine, CA 92614

Munjit Jonal
42 Rockwood
Irvine, CA 92614

Munkit Johal
42 Rockwood
Irvine, CA 92614

Muriel Schill
60 Terrahans Ln
Syosset, NY 11791

Murray G. Fradkin
661 Eastbrooke Ln.
Rochester, NY 14618

Nancy K. Munson
197 New York Ave
Huntington, NY 11743-2711

Nancy Purnell
300 Mercer Street Apt 9N
New York, NY 10003

Narmin Lakha
c/o Amin Lakha
9675 Lake Washington Blvd. North East
Bellevue, WA 98004

Nathan T Ellis
104 Grant St.
Newport Beach, CA 92663

Nicholas Imparato
38 79th St.
Brooklyn, NY 11209

Nicholas Zawoda
c/o Highfield House
11 Greenhill Farm, Deppers Bridge Harbur
Warwickshire, UK CV33 OSY

Norman L Tessier
Road 1 Box 185
Sharon Springs, NY 13459

Northquay Limited
4th Floor Celtic House
Victoria, BC Canada IM99 1Q2

Nunzio Marzigliano
1486 E. 48th St.
Brooklyn, NY 11234

Pamela Goett
128 East 91 Street
New York, NY 10128

Panther Law Center APC as Escrow
Agent (Escrow No. PLC-2199)
5050 Avenida Encinas Ste 250
Carlsbad, CA 92008

Parrish Medley
8927 St Ives Dr.
Los Angeles, CA 90069

Patricia A. Mortz

Patricia and Desmand Costello
89-25 240 St.
Bellerose, NY 11426

Patricia Bar Smith
2 Forest View Road
Loughton
Essex, UK 1G10 4DX

Patsy J. Lynn
352 Hwy 160 W
Hermitage, AR 71647-9327

Paul and Donna E. Kirchhoffer
14 Summit Ave
Staten Island, NY 10306

Paul Baum
2561 Main St
Buffalo, NY 14214

Paul C Murstein
100 Inverness Rd
Scarsdale, NY 10583

Paul Goldman

Paul M Mann II
1907 River Oaks Blvd
Houston, TX 77019

Paul Nevill
368 Southborne Grove Westcliffe-on-Sea
Essex, UK SS0 0AP

Paul Wilmont Communications
Acct No none
581 Sixth Ave
2nd Floor
New York, NY 10011

Pearl Katz
245 E. 54th St
New York, NY 10022

Peter Ardita
1119 Savoy Dr
Melville, NY 11747-5281

Peter J. Cella
333 East 30th St.
New York, NY 10016

Peter M. Blumenfeld
10 West 66th St.
New York, NY 10023

Peter Rengers
Lange St
Geeste, Germany

Peter Tallarine
2286 Custom Vlg Ct
Bellmore, NY 11710

Philip and Arlene Discorida
18 Virginia Ave
Saugerties, NY 12477-1132

Philip David
1060 Fifth Ave.
New York, NY 10128

Phyllis Dukoff
31 Woodsorrel Ln
East Northport, NY 11731

Pinnacle Trust
(ACT Peanut)
Po Box 544 Bath ST
St Helier Jersey, UK JE2 4SU

Pinnacle Trustees Inc
c/o PO Box 544
1 Britannia Pl, St. Heler
Jersey, UK JE2 4SU

```
PrimeNewsWire
Acct No xx8680
GPO Box 5897
New York, NY 10087-5897

Primitivo Colon
PO Box 776
Sabana Grande, PR 00637

Purple
Acct No xxxx0002
28 Saville Row
London W1S2EU

R Dean Woliver
Deborah J Woliver
3035 Carlile Dr
Loomis, CA 95650-9520

R Donald Turlington
32 Gramercy Park S 17G
New York, NY 10030

R. Paul Beard
11238 Wyngate Lane
Sandy, UT 84092

Rajnikant V. Gandhi
25 Holiday Park Dr.
Williston Park, NY 11596

Ralph Fasano
3500 Sunrise Hyw D-109
Great River, NY 11739

Ralph Formica
1300 Greenbriar Lane
Bellmore, NY 11710

Randall R Grilz
3485 220th St. East
Hampton, MN 55031

Randi Meyerson
1 Crabapple Ct
Monsey, NY 10952

Randy E. Broadhead
56385 Grand Canyon Dr.
Las Vegas, NV 89149

Raymond Seiden
```

Reed M Roberts, Jr
144 E 36th St
New York, NY 10016

Reinette Timmer De Ligny
H Reindersweg 28-98
TW Pesse, France NL 7933

Remo Stella
2 Sophia Sr
Middle Island, NY 11953

Republic National Bank of NY
Suisse S. A. Place de Lac 2 Case
Postale 823
Geneva 3, Switzerland Ch-1211

Richard and Marion Hodges
35 Union St.
Groveland, MA 01834-1246

Richard G. Park
75 Hillhurst Ln
Rochester, NY 14617

Richard Hubbard
6617 N. Scottsdale Rd.
Ste 103
Scottsdale, AZ 85250-7803

Richard L. Cohen
8028 Pisa Dr.
Boynton Beach, FL 33437-7156

Richard P. Carlisle
Road 4 P.O. Box 363
Ogdensburg, NY 13669-0363

Richard R Raynor
870 United NAtions Plz Apt 11F
New York, NY 10017-1818

Richard Sternschuss
84 Parkview Rd.
Elmsford, NY 10523

Rita Guice
308 E. Church St
Warren, AR 71671-3414

Rita Mazzella
165 Chappaqua Rd
Briarcliff Manor, PA 18510-1323

Rob Clark
2850 Sunline Dr.
Reno, NV 89523

Robert Bracco
105 Garfield Pl
Rochester, NY 14656

Robert E. Kane


Robert E. Lyons
10773 Cleary Blvd
Apt 304
Plantation, FL 33324-6070

Robert F. Ackerson
60 Knolls Crescent Ave
Bronx, NY 10463

Robert Gottlieb
235 E 22nd St. Apt 15C
New York, NY 10010-4640

Robert Hand
18 Berrywood Dr.
Huntington, NY 11743

Robert J. Kenney
16 Johnson Court
Babylon, NY 11702

Robert Konningsberg
440 Park Ave S
New York, NY 10016

Robert M Voltl
9 Pebble Beach Ct.
Algonquin, IL 60102-4493

Robert S. Fortunoff
7 Norfold Rd.
Great Neck, NY 11020

Robert Schreiber
Doreen Schreiber

Robert Spertell
18840 Kenya St
Porter Ranch, CA 91326

Robin G. Lansdale
285 Bradley 124
Hermitage, AR 71647

Robin M. and George Doumanis
336 Sound View Dr.
Rocky Point, NY 11778

Robyn and Charlie Carpenter
1907 River Oaks Blvd.
Houston, TX 77019

Rochelle C Shotland
18 Colby Ave
Rye, NY 10580

Rochelle Kovar
7 Kings Ct
Monsey, NY 10952-3819

Roger Favero
221 Water View Way
Folsom, CA 95630

Roger Favero and Jerrie E Favero JT TEN
221 Water View Way
Folsom, CA 95630

Rolf Boedeker
Miguel Str 6
Neuenhaus, Germany 49828

Rolf Ebeling
Lortzing Str 4
Meppen, Germany 49716

Ron Deming
18466 Van Camp Dr.
Omaha, NE 68130

Ron Welch
704 Michael Dr.
Papillion, NE 68046

Ronald Bella
PO Box 223
Depew, NY 14043

Ronald E. Leone
755 Corwin Rd.
Rochester, NY

Ronald Nadel
37 Academy Dr.
Longmeadow, MA 01106-2100

Ronald Rose
DECEASED

Ronald S. Carlivati
63 Eagle Rock Dr.
Rochester, NY 14609

Ronald Springer
3491 Heatherwood Dr.
Hamburg, NY 14075-2131

Rose Smith
400 E 56th Street Apt 19D
New York, NY 10022

Rose Snyder & Jacobs
Acct No xxxx-1745
15821 Ventura Blvd.
Suite 490
Encino, CA 91436

Rosemary Carlucci
569 Webster Ave.
New Rochelle, NY 10801

Roy Gussow
4040 24th St.
Long Island City, NY 11101

Rudolf Heinz
Niedenau 82
Frankfurt AM, Germany 60325

S. Norman Kesten
10430 SW 43rd Ave.
Portland, OR 97219-6988

Samuel Blum
130 E 67th Street
New York, NY 10021

Samuel Rosenberg
50-23 184 St
Flushing, NY 11365

Sarna Trading
Hottinger Str 17
Zurich, Switzerland CH-8032

Saul Federman
8 E. Cedar
Mount Vernon, NY 10552

Savannah Corp
6929 Cheney Dr.
Paradise Valley, AZ 85253

Sharon McNeil
234 E 87 ST
New York, NY 10001

Shaskikant Patel
10 Elmhurst Dr.
Old Westbury, NY 11568

Sheila D Price
William R Price
RTE 8 Box 744
Mount Pleasant, TX 75455

Shirley Volin
145 E. 16th St,
New York, NY 10003

Sidney Kahan
66 Peachtree Lane
Roslyn Heights, NY 11577

Sigrid Klasman
Waldstr 17A
Meppen, Germany 49716

Simon Berlin
360 E 72nd #A411
New York, NY 10021

Simone F Russo

Son Bui
9605 Queen Charlotte Dr.
Las Vegas, NV 89145

Stadtsparkasse Koeln
Westpapier Service Post Fach 1035 44
Cologne, Germany D-50473

Stanley B. Malinowski
5 Audrey ave
Plainview, NY 11803

Stephen Edelglass
8 Pinebrook Rd.
Monsey, NY 10952-5216

Stephen Karl Lev
1425 59th St
Brooklyn, NY 11219

Stephen M Rittenberg
75 Rockland Ave
Larchmont, NY 10538-1323

Stephen M. Levy
11 Sinclair Dr.
Kings Point, NY 11024

Stephen Mark Jefferies
Rothney 19 Beaconsfield Road
Claygate Surrey, UK KT10 0PN

Stephen Nich Humphreys
39 Trinity Gardens
London, UK SW9 8DP

Stephen R. Forestel
8100 Centre Lane
East Amherst, NY 14051

Steve P. and Jean Dixon
6810 North Fork Rd
Liberty, UT 84310

Steven and Maureen Mosiello
144 East Dr.
Massapequa, NY 11758

Steven D. Fleischer
20 Henhawk Road
Kings Point, NY 11024

Steven J. Benson
438 Weeks St
Jamestown, NY 14701

Steven Neyerson
1 Crabapple Ct
Monsey, NY 10952

Stewart Benedict
27 Washington Sq. N. 4-A
New York, NY 10011-9165

Strategic Group LTD
Suite 41/42 Victoria Hous
26 Main Street Po Box 743

Stuart B. Goldman
1185 Park Ave.
New York, NY 10128

Stuart Leibowitz
2246 E 28th St
Brooklyn, NY 11229

Sunshine LTD
The Lom Building
27 Reid Street
Hamilton, Bermuda HM11

Susan Hill
245 E 21st
New York, NY 10010-6410

Susan Lurie
145 E 15th St Apt #9G
New York, NY 10010

Susan M Schermer
445 East 86th St.
Brooklyn, NY 11236

Suzanne Coppel
60 Riverside Dr. Apt. 9G
New York, NY 10024

Sybil Phillips
40 Central Park S.
New York, NY 10019

Sylvette Lissoni
135 Station Rd. Liss
Hampshire, UK GU22 7AJ

Sylvia Ascher
58 E 83rd St. Apt 2-A
New York, NY 10028

Takahiro Tashio

Ted Leathers
14031 Parker St
Omaha, NE 68154

Ted Schneider
360 Centeral Ave
Lawrence, NY 11559

Terry Lee Rothman
87 Kent Dr.
Cortlandt Manor, NY 10567

The High Octane Fund Limited
Victoria House 26 Vicoria Street
Douglas, Isle of Man

The Robert Mondavi Corp
235 North Bloomfield Rd
Canandaigua, NY 14424

The Royal Bank of Scotland Co IOM LTD as
TTEE of the Amoeba Fund
PO Box 151, Victory House
Prospect Hill, Scotland

The RR Fund LTD
c/o VMR Flughafen Strasse 21
Keu Isenburg, Germany D-63263

Thomas A Dillon
15 Maple Ave
Larchmont, NY 10538

Thomas H. Bennett
784 Park Ave #8D
New York, NY 10021-3553

Thomas J Mansfield Jr.
340 Manor Road
Douglaston, NY 11363

Thomas J Otell
Harriet S. Otell
808 7th Ave
Ford City, PA 16226-1138

Thomas Lang
175 Steamboat Ln.
Kings Point, NY 11024

Thomas Mansfield, Sr.


Thomas R. Burns
6 Meadow Lane
Rochester, NY 14618

Thomas Schinoge
Hubertushehe 7
Bad Soden, Germany D-6581

Thomas Shinogle
Huberslohe 7
Bad Soden, Germany 6581

Tom Bannatyne
Nightgale House
107 Swains Lane
London, UK N6 6PJ

Tomoharu Nakano
#702-3-30-2 Hirai Edogama Ku
Tokyo, Japan

Torrey Commerce
Acct No none
710 13th Street
Suite 315
San Diego, CA 92101

Tracey Harrow
1 Heron Terrace Camden Rd
Carshalton Village
Surrey, UK SM5 2NS

Tyler Brown

Urbano Volpini
2255 36th Street 31
Astoria, NY 11105

Uwe Gerhardt
Schumannstr 42
Frankfurt, Germany 60325

Val Weathers
2863 Carriage Lane
Ogden, UT 84403

Value Management & Research AG
Campus Kronberg 7
Kronberg, Germany D-61476

Value Management & Research AG
AM Kronberger Hang 5
Schwwalbach, Germany D-65824

Verizon
Acct No xx-xxxx-xxxxxxxx12-01
PO Box 920041
Dallas, TX 75392-0041

Verrie Van T Wout
Sauerlandstr 1
Nordhorn, Germany 48527

Vicki L SPlaine
53 N Ocean Ave
Ronkonkoma, NY 11779-5015

Victar J. Richards
9350 Western Ave. #101
Omaha, NE 68114

Vincent P. Leaderer
4122 Providence Cir
Rochester, NY 14616-4241

VMR AG
c/o HWR Services
P.O. Box 282 Victoria Street
Douglas, Isle of Man, IM99 2DR

VMR GMBH
AM Kronberger Hang 5
Schwalbach, Germany 65824

VMR High Octane Fund
C/O DB Alex Brown
1635 Market St 17th FL
Philadelphia, PA 19103

Walentin Kardos
118 Brownstone Lane
Rochester, NY 14615-1530

Walter E. Hook
312 W 20th Street
New York, NY 10011

Walter Unkrich
19 3rd St
New Hyde Park, NY 11040

Warren A. Katzman
482 Ft. Wahsington Ave
New York, NY 10033

Waterford USA, Inc
1330 Campus Parkway
PO Box 1454
Wall, NJ 07719

Wendell Barr
9 Franklin
Cattaraugus, NY 14719

Westset Logistics
1551 E. Victoria Street
Carson, CA 90746

Whitestone Holdings II LLC

William Adam
7584 Bel Arbor Trail
Webster, NY 14580

William B Ritter
6600 SE Winged Foot Drive
Stuart, FL 34997

William E Stinson Jr
Po Box 72504
Bossier City, LA 71172-2504

William E. Burgess
10 East Park Road
Pittsford, NY 14534

William H Rossell
1474 Third Ave
New York, NY 10028

William M. Healey, Jr.
255 Soundview Ave
White Plains, NY 10606-3821

William N. Buckley
3374 Picket Fence Ln
Myrtle Beach, SC 29579

William S. Clayton
2220 S. Wasatch Dr.
Salt Lake City, UT 84109

William Stiefe
23 E 74th St Apt 5G
New York, NY 10021-2663

William Thomas Trigleth III
107 Skyline Ridge
Athens, GA 30606

Yale Citrin
54 Bradford Rd
Scarsdale, NY 10583

Yvan Rossard
135 Hobart St.
East Islip, NY 11730

Zebrawood Holdings Corporation
Po Box N 4805 St. Andrew Ct.
Nassau, Bahamas

Zorbit Resources
Acct No xxxx-2090
10900 Wilshire Blvd
Suite 930
Los Angeles, CA 90024

# United States Bankruptcy Court
## District of Nevada

In re  **Davi Skin, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Davi Skin, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **Jan Wallace**

☐ None [*Check if applicable*]

**June 14, 2010**

Date

**/s/ Timothy S. Cory**

**Timothy S. Cory**

Signature of Attorney or Litigant
Counsel for   **Davi Skin, Inc.**
**Timothy S. Cory & Associates**
**8831 W. Sahara Ave.**
**Las Vegas, NV 89117**
**(702) 388-1996 Fax:(702) 382-7903**
**tim.cory@corylaw.us**